| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | **FILED ELECTRONICALLY** |

PRUDENTIAL RETIREMENT INSURANCE AND
ANNUITY COMPANY,

                 Plaintiff,

   vs.

STATE STREET BANK AND TRUST COMPANY and
STATE STREET GLOBAL ADVISORS, INC.,

                 Defendants.

07 Civ. 8488 (RJH)

## DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of this Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff Prudential Retirement Insurance and Annuity Company ("PRIAC"), a non-governmental corporate party, states as follows:

PRIAC is a wholly owned subsidiary of The Prudential Insurance Company of America, which is a wholly owned subsidiary of Prudential Holdings, LLC. The sole member of Prudential Holdings, LLC, is Prudential Financial, Inc., which is a publicly held corporation. Accordingly, there is no publicly held corporation that directly owns 10% or more of PRIAC's stock.

Dated: New York, New York
        October 1, 2007

                                    Respectfully submitted,

                                    DEBEVOISE & PLIMPTON LLP

                                    By: /s/ Edwin G. Schallert
                                        Edwin G. Schallert, Esq.
                                    919 Third Avenue
                                    New York, NY  10022
                                    (212) 909-6000
                                    *Attorneys for Plaintiff Prudential Retirement*
                                    *Insurance and Annuity Company*

22571397v2