# JUDGE HOLWELL UNITED STATES DISTRICT COURT

Southern District of New York

Prudential Retirement Insurance and Annuity Company,

V.

State Street Bank and Trust Company, and
State Street Global Advisors, Inc.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 07 Cv

## 07 CIV 8488

TO: (Name and address of Defendant)
State Street Bank and Trust Company, and
State Street Global Advisors, Inc.

SEE RIDER

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Edwin G. Schallert, Esq.
Debevoise & Plimpton LLP
919 Third Avenue
New York, NY 10022

(212) 909-6000

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**J. MICHAEL McMAHON**                                OCT 0 1 2007

CLERK                                                 DATE

(By) DEPUTY CLERK

American LegalNet, Inc.
www.FormsWorkflow.com

## Defendants' Addresses

State Street Bank and Trust Company
225 Franklin Street
Boston, Massachusetts 02110

State Street Global Advisors, Inc.
State Street Financial Center
One Lincoln Street
Boston, Massachusetts 02111

22571091v2

Edwin G. Schallert, Esq.
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York 10022
(212) 909-6000
Attorneys for Plaintiff

| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>-----------------------------------------------------------x<br>PRUDENTIAL RETIREMENT INSURANCE<br>AND ANNUITY COMPANY,<br><br>                        Plaintiff,<br><br>                     -against-<br><br>STATE STREET BANK AND TRUST<br>COMPANY and STATE STREET GLOBAL<br>ADVISORS, INC.,<br><br>                        Defendants.<br>-----------------------------------------------------------x | FILED ELECTRONICALLY<br><br><br>07 Civ. 8488 (RJH)<br><br><br>**AFFIDAVIT OF**<br>**PERSONAL SERVICE** |

COMMONWEALTH OF MASSACHUSETTS   )
                                                  ss.:
COUNTY OF HAMPDEN                         )

       Charles E. McLaughlin, being duly sworn, deposes and says:

    1.      I am a citizen of the United States, over the age of eighteen years, and am not a party to this action. I am a licensed private investigator retained by The Stonegate Agency, Inc., 27 Whitehall Street, New York, New York 10004.

    2.      On October 2, 2007, I personally served the defendants in this action with copies of the Summons, Complaint, Disclosure Statement, Judge's Rules, and ECF Rules and Guidelines, as follows:

    3.      At 10:25 a.m., I served State Street Bank & Trust Company, by personal delivery to the Registered Agent, CT Corporation, 155 Federal Street, Suite 700, Boston, Massachusetts 02110. Service was accepted by Gail Brown, Fulfillment Specialist.

4.  Ms. Brown confirmed that it is her responsibility to accept legal service on behalf of CT Corporation. She is a light-skinned female, approximately 48 years of age, wearing eyeglasses.

5.  At 10:40 a.m., I served State Street Global Advisors, Inc., at State Street Financial Center, One Lincoln Street, Boston, Massachusetts 02111. Service was accepted by Ricky R. Grant, Jr., Security Operations Manager.

6.  Mr. Grant advised me that it is his responsibility to accept legal papers on behalf of the defendant. He is a dark-skinned male, approximately 45 years of age, wearing eyeglasses.

7.  At 11:15 a.m., I served State Street Bank and Trust Company at their new office address of 1776 Heritage Drive, Quincy, Massachusetts 02171. Service was accepted by Ms. Maria Depina, front desk security.

8.  Ms. Depina informed me that it is part of her job responsibility to receive legal service on behalf of State Street Bank and Trust Company. She is a tan-skinned female, approximately 30 years of age.

9.  I hereby swear, under penalty of perjury, that the foregoing is true and correct.

_____
Charles E. McLaughlin

Sworn to before me this FOURTH
day of October 2007

_____
Notary Public

MARIANNE GARDNER
Notary Public
Commonwealth of Massachusetts
My Commission Expires
September 14, 2012

2

22574136v1

# JURAT CERTIFICATE

On this __FOURTH__ day of __OCTOBER__, 20__07__, before me, the undersigned notary public, personally appeared __CHARLES E. MCLAUGHLIN__,
(name of document signer)

proved to me through satisfactory evidence of identification, which were __MA DRIVERS LICENSE__, to be the person whose name is signed on the preceding or attached document and who swore or affirmed to me that the contents of the document are truthful and accurate to the best of (his) (her) knowledge and belief.

_____
(official signature and seal of notary)

My Commission Expires __9/14/12__

MARIANNE GARDNER
Notary Public
Commonwealth of Massachusetts
My Commission Expires
September 14, 2012

FORM JRT-C Copyright 2004 The Corporate Connection 1-800-523-2344

EDWIN G. SCHALLERT, Esq.
Debevoise & Plimpton LLP
919 Third Avenue
New York, New York 10022
Attorneys for Plaintiff

| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>------------------------------------------------------------X<br>PRUDENTIAL RETIREMENT INSURANCE AND ANNUITY<br>COMPANY,<br><br>         Plaintiff,<br><br>  -against-<br><br>STATE STREET BANK AND TRUST COMPANY and<br>STATE STREET GLOBAL ADVISORS, INC.,<br><br>         Defendants.<br>------------------------------------------------------------X | FILED ELECTRONICALLY<br><br><br>AFFIDAVIT OF SERVICE<br><br>07 CIV 8488 (RJH) |

STATE OF DELAWARE  )
           ss.:
COUNTY OF NEW CASTLE )

    Mike Riley, being duly sworn, deposes and says that I am not a party to the action, am over eighteen (18) years of age, and I reside in Wilmington, Delaware.

    That on October 2, 2007, at 11:40 a.m. at 2711 Centerville Road, Suite 400, Wilmington, Delaware 19808, I personally served the Summons, Complaint, Disclosure Statement, Judge Holwell's Rules and the SDNY ECF Rules and Guidelines upon State Street Global Advisors, Inc. c/o Corporation Service Company and The Prentice-Hall Corporation System, Inc. Service was accepted by Janice Wozwicki of Corporation Service Company and The Prentice-Hall Corporation System, Inc., a person authorized to accept service.

    Janice Wozwicki was a light-skinned female, approximately 45 years old, 5'2" 125 lbs.

                    _____
                       Mike Riley

Sworn to before me this
3rd day of October, 2007

_____
Notary Public

DENNIS SCHOFIELD
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires Nov. 24, 2007

22573597v1