PAUL, HASTINGS, JANOFSKY & WALKER LLP
Barry Sher (BS-4252)
Daniel B. Goldman (DG-4503)
75 East 55th Street
New York, NY 10022-3205
Telephone: (212) 318-6000
*Counsel for Defendants State Street Bank and Trust Company
and State Street Global Advisors, Inc.*



Edwin G. Schallert, Esq.
DEBEVOISE & PLIMPTON, LLP
919 Third Avenue
New York, New York 10022
(212) 909-6000
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/25/07
```

---

PRUDENTIAL RETIREMENT INSURANCE
AND ANNUITY COMPANY,

          Plaintiff,

- vs -

STATE STREET BANK AND TRUST
COMPANY and STATE STREET GLOBAL
ADVISORS, INC.,

          Defendants.

Index No. 07-CV-8488 (RJH)

---

**JOINT STIPULATION TO EXTEND DEFENDANTS' TIME TO RESPOND TO
COMPLAINT AND PROPOSED ORDER**

The parties in *Prudential Retirement Insurance and Annuity Company* ("Prudential") v. *State Street Bank and Trust Company and State Street Global Advisors, Inc.* (collectively, "State Street") (Case No. 07-CV-8488) (the "Action"), by and through their counsel of record, stipulate as follows:

1.  The Complaint in the Action was served on State Street on October 2, 2007, so Defendants' response is currently due on or before October 22, 2007.

2.  The parties have agreed to extend State Street's time to respond to the Complaint, pursuant to Federal Rule of Civil Procedure 12(a), until November 30, 2007, in order to enable State Street to investigate the claims in the Complaint.

3.  There have been no previous requests to extend State Street's time to respond to the Complaint.

Accordingly, Prudential and State Street, by and through their counsel, seek a court order and stipulate, as follows:

State Street's deadline to answer or otherwise respond to the Complaint in the Action (Case No. 07-CV-8488) is extended to November 30, 2007.

Dated: New York, New York
October 12, 2007

By: _____
Barry Sher (BS-4252)
Daniel B. Goldman (DG-4503)
75 East 55th Street
New York, NY 10022-3205
Telephone: (212) 318-6000
Counsel for Defendants State Street Bank and Trust Company and State Street Global Advisors, Inc.

By: _____
Edwin G. Schallert, Esq.
DEBEVOISE & PLIMPTON, LLP
919 Third Avenue
New York, New York 10022
(212) 909-6000
Attorneys for Plaintiff

IT IS SO ORDERED.

_____
Richard J. Holwell
United States District Judge

Dated: 10/24/07