```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/13/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PRUDENTIAL RETIREMENT INSURANCE
AND ANNUITY COMPANY,

              Plaintiff,

-against-

STATE STREET BANK AND TRUST
COMPANY and STATE STREET GLOBAL
ADVISORS, INC.,

              Defendants.

07 Civ. 08488 (RJH)

**ORDER**

UNISYSTEMS, INC. EMPLOYEES PROFIT
SHARING PLAN,

              Plaintiff,

-against-

STATE STREET BANK AND TRUST
COMPANY; STATE STREET GLOBAL
ADVISORS, INC.; and JOHN DOES 1–20

              Defendants.

07 Civ. 09319 (RJH)

      The Clerk of Court is directed to consolidate the above-captioned actions for pretrial purposes only under the earlier-filed docket number pursuant to Rule 42(a) of the Federal Rules of Civil Procedure. *See Devlin v. Transp. Commc'ns Int'l Union*, 175

F.3d 121, 130 (2d Cir. 1999) ("A district court can consolidate related cases under Federal Rule of Civil Procedure 42(a) sua sponte.").

SO ORDERED.

Dated: New York, New York
November 7, 2007

　　　　　　　　　　　　　　　　　　Richard J. Holwell
　　　　　　　　　　　　　　　　　　United States District Judge