



UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PRUDENTIAL RETIREMENT INSURANCE AND ANNUITY COMPANY,<br><br>                Plaintiffs,<br><br>vs.<br><br>STATE STREET BANK AND TRUST COMPANY and STATE STREET GLOBAL ADVISORS, INC.<br><br>                Defendants, | Case Number   07-Civ. 08488(RJH)<br><br>USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: 1/8/08 |
| UNISYSTEMS, INC., and WARREN COHEN, TRUSTEE OF THE UNISYSTEMS, INC. EMPLOYEES' PROFIT SHARING PLAN (the "Plan" or the "Unisystems Plan") on behalf of itself and all others similarly situated,<br><br>                Plaintiffs,<br><br>vs.<br><br>STATE STREET BANK AND TRUST COMPANY; STATE STREET GLOBAL ADVISORS, INC.; and JOHN DOES 1-20,<br><br>                Defendants. | Case Number:  07-cv-09319(RJH) |

10844789_1.DOC

### STIPULATION AND PROPOSED ORDER REGARDING DEFENDANTS STATE STREET BANK AND TRUST COMPANY AND STATE STREET GLOBAL ADVISORS, INC.'S RESPONSE TO AMENDED COMPLAINT IN UNISYSTEMS ACTION

IT IS HEREBY STIPULATED AND AGREED by the parties hereto, through their undersigned counsel, subject to the approval of the Court, that the following schedule shall govern Defendants State Street Bank and Trust Co. ("SSBT") and State Street Global Advisors, Inc.'s ("SSgA", and collectively with SSBT, "State Street") response to Plaintiffs' Amended Complaint in Case No. 1:07-cv-09319 (RJH) (consolidated with Case Number 07-Civ. 08488(RJH) for pretrial purposes by the Court's November 7, 2007 Order), which was filed on December 7, 2007.

1. State Street agrees to accept service of process, and the Summons and the Amended Complaint shall be deemed served as of today.

2. State Street shall answer, move, or otherwise respond to Plaintiffs' Amended Complaint on or before January 24, 2008, subject to the Court setting a different schedule.

Dated: January 3, 2008

*[signature]*

William C. Fredericks (WF-1576)
Jonathan Harris (JH – 3047)
Jerald D. Bien-Willner
BERNSTEIN LITOWITZ BERGER
& GROSSMANN LLP
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 554-1400
Facsimile: (212) 554-1444

10644789_1.DOC

Lynn L. Sarko (LS-3700)
Derek W. Loeser (DL-6712)
Karin B. Swope (KS-3369)
Tyler L. Farmer (TF-6398)
KELLER ROHRBACK LLP
1201 Third Avenue, Suite 3200
Seattle, Washington 98101
Telephone: 206.623.1900
Facsimile: 206.623.3384

*Counsel for Unisystems, Inc. and Warren Cohen, Trustee of the Unisystems Inc. Employees Profit Sharing Plan and Proposed Counsel for the Class*

_____
Jerome C. Katz (JK-0850)
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, New York 10036-8704
Phone: (212) 596-9000
Fax: (212) 596-9090

Harvey J. Wolkoff
Robert A. Skinner
Olivia S. Choe
ROPES & GRAY LLP
One International Place
Boston, Massachusetts 02110-2624
Tel: (617) 951-7000
Facsimile: (212) 951-7050

*Counsel for Defendants State Street Bank and Trust Company and State Street Global Advisors, Inc.*

IT IS SO ORDERED.

_____
HON. RICHARD J. HOLWELL
1/7/08

10844789_1.DOC