UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------X
:
UNISYSTEMS, INC. EMPLOYEES PROFIT :
SHARING PLAN on behalf of itself and all :
others similarly situated, :
:
          Plaintiff, :
:
          v. :  07 Civ. 9319 (RJH)
:
STATE STREET BANK AND TRUST :
COMPANY, STATE STREET GLOBAL :
ADVISORS, INC. and JOHN DOES 1-20, :
:
          Defendants. :
:
---------------------------------------------------------X

## **NOTICE OF APPEARANCE**

I am a member in good standing of the bar of this Court. I hereby give notice that I will appear in this action on behalf of Defendants State Street Bank and Trust Company and State Street Global Advisors, Inc.

                                    /s/ Jerome C. Katz_____
                                    Jerome C. Katz (JK 0850)
                                    ROPES & GRAY LLP
                                    1211 Avenue of the Americas
                                    New York, NY 10036-8704
                                    Tel. No. (212) 596-9000
                                    Fax No. (212) 596-9090

                                    *Attorney for Defendants*

Dated:  New York, New York
         November 16, 2007

- 2 -

## CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as on the Notice of Electronic Filing (NEF). At this time, I am not aware of any non-registered participants to whom paper copies must be sent.


    /s/ Jerome C. Katz_____
    Jerome C. Katz