UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

| | | |
|---|---|---|
| UNISYSTEMS, INC. EMPLOYEES PROFIT SHARING PLAN on behalf of itself and all others similarly situated, | : | Civil Action No. 07-CIV-9319 (RJH) |
| Plaintiff, | : | **NOTICE OF APPEARANCE** |
| v. | : | |
| STATE STREET BANK AND TRUST COMPANY, STATE STREET GLOBAL ADVISORS, INC. and JOHN DOES 1-20, | : | |
| Defendants. | | |

------------------------------------------------------------X

To the Clerk of this Court and all parties of record:

      Please enter my appearance as counsel in this case for Defendants State Street Bank and Trust Company and State Street Global Advisors, Inc. I certify that I have been admitted pro hac vice for all purposes on behalf of said defendants in this action by order dated December 11, 2007.

Dated:  Boston, Massachusetts
        December 27, 2007

                                        Respectfully submitted,

                                        /s/ Robert A. Skinner
                                        Robert A. Skinner
                                        Attorney for Defendants
                                        Ropes & Gray LLP
                                        One International Place
                                        Boston, MA 02110-2624
                                        Telephone: (617) 951-7000
                                        Email: robert.skinner@ropesgray.com