UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

IN RE STATE STREET BANK AND TRUST
CO. ERISA LITIGATION

This document relates to:

07 Civ. 9687

07 CIV 8488 (RJH)

**NOTICE OF MOTION
ADMISSION PRO HAC VICE**

---

PLEASE TAKE NOTICE that, upon the annexed declaration of Jerome C. Katz, executed on January 9, 2008, defendant State Street Bank and Trust Company and State Street Global Advisors, Inc., ("State Street") will move this Court pursuant to Rule 1.3(c) of the Local Civil Rules, that Harvey J. Wolkoff, Robert A. Skinner, and Olivia S. Choe who are members of the bar of the Commonwealth of Massachusetts, and who are partners or associates of Ropes & Gray LLP, be admitted *pro hac vice* for all purposes on behalf of defendants State Street Bank and Trust Company and State Street Global Advisors, Inc. in this action.

Dated: New York, New York
       January 9, 2008

ROPES & GRAY LLP

By: _____
Jerome C. Katz
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, NY 10036-8704
jerome.katz@ropesgray.com
(212) 596-9000

*Attorneys for Defendants State Street Bank
And Trust Company and State Street Global
Advisors, Inc.*

7279540_1.DOC

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE STATE STREET BANK AND TRUST CO. ERISA LITIGATION<br><br>This document relates to:<br><br>07 Civ. 9687 | 07 Civ. 8488 (RJH)<br><br>**DECLARATION OF JEROME C. KATZ** |

Jerome C. Katz declares, pursuant to 28 U.S.C. § 1746, as follows:

1. I am a member in good standing of the bar of this Court and a member of Ropes & Gray LLP. I make this declaration in support of the motion by State Street Bank and Trust Company and State Street Global Advisors, Inc., ("State Street") pursuant to Rule 1.3(c) of the Local Civil Rules of this Court, that Harvey J. Wolkoff, Robert A. Skinner, and Olivia S. Choe be admitted *pro hac vice* for all purposes on behalf of State Street in this action.

2. Harvey J. Wolkoff, Robert A. Skinner, and Olivia S. Choe, who are partners or associates of Ropes & Gray LLP, are fully familiar with this action.

3. Harvey J. Wolkoff, Robert A. Skinner, and Olivia S. Choe are members in good standing of the bar of the Commonwealth of Massachusetts, as evidenced by the annexed certificates.

4. I respectfully request that defendants' motion be granted in all respects. A proposed order is enclosed herewith.

7279542_1.DOC

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed on January 9, 2008.

                                                                              Jerome C. Katz
                                                                              ROPES & GRAY LLP
                                                                              1211 Avenue of the Americas
                                                                              New York, NY 10036-8704
                                                                              jerome.katz@ropesgray.com
                                                                              (212) 596-9000

                                            *Attorneys for Defendants State Street Bank*
                                            *And Trust Company and State Street Global*
                                            *Advisors, Inc.*

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

---

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on the **fourteenth** day of **January** A.D. **2005**, said Court being the highest Court of Record in said Commonwealth:

## Olivia S. Choe

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this **fourth** day of **January** in the year of our Lord **two thousand and eight**.

MAURA S. DOYLE, Clerk

---

* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification.

X3116

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

---

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on the **twenty-first** day of **December** A.D. **1994**, said Court being the highest Court of Record in said Commonwealth:

### Robert A. Skinner

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this **fourth** day of **January** in the year of our Lord **two thousand and eight**.



MAURA S. DOYLE, Clerk

---

\* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification.

X3116

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

---

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on the **twenty-second** day of **December** A.D. **1975**, said Court being the highest Court of Record in said Commonwealth:

**Harvey J. Wolkoff**

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this **fourth** day of **January** in the year of our Lord **two thousand and eight**.



MAURA S. DOYLE, Clerk

* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification.

X3116

## CERTIFICATE OF SERVICE

I, Charles R. Brustman., hereby certify that copies of the foregoing **NOTICE OF MOTION FOR ADMISSION** *PRO HAC VICE* were caused to be served this 10th day of January, 2008, upon the following in the manner indicated:

### BY U.S. MAIL

Gerald H. Silk
Avi Josefson
Steven Singer
Jonathan Harris
BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP
1285 Avenue of the Americas
New York, New York 10019

Lynn L. Sarko
Derek W. Loeser
Karin B. Swope
Tyler L. Farmer
Gretchen F. Cappio
KELLER ROHRBACK LLP
1201 Third Avenue, Suite 3200
Seattle, Washington 98101

*Attorneys for Plaintiffs, Merrimack Mutual Fire Insurance Co. and Alan Kober, Trustee of the Andover Companies Employees Savings and Profit Sharing Plan*

Charles R. Brustman

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE STATE STREET BANK AND TRUST
CO. ERISA LITIGATION

This document relates to:

07 Civ. 9687

07 CIV 8488 (RJH)

**ORDER GRANTING MOTION
FOR ADMISSION
PRO HAC VICE**

Upon the motion of defendants State Street Bank and Trust Company and State Street Global Advisors, Inc., ("State Street") pursuant to Rule 1.3(c) of the Local Civil Rules, for an order admitting Harvey J. Wolkoff, Robert A. Skinner, and Olivia S. Choe *pro hac vice* for all purposes on behalf of State Street in this action, and for good cause shown, it is hereby

ORDERED that the motion is GRANTED in all respects.

Dated: New York, New York

_____ \_\_\_\_, 2008

_____
United States District Judge

7279539_1.DOC