AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

Southern                         DISTRICT OF                         New York

## APPEARANCE

Case Number: 07-CV-8488 (RJH)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

STATE STREET BANK AND TRUST COMPANY and STATE STREET GLOBAL ADVISORS, INC.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 1/22/2008 | *[signature]* |
| Date | Signature |
| | Barry Sher, Esq.      BS-4252 |
| | Print Name     Bar Number |
| | 75 East 55th Street |
| | Address |
| | New York     NY     10022 |
| | City     State     Zip Code |
| | (212) 318-6000     (212) 230-5185 |
| | Phone Number     Fax Number |