UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------X
:
IN RE STATE STREET BANK AND TRUST  :
CO. ERISA LITIGATION               :
                                    :
This document relates to:           :     No. 07 Civ. 8488 (RJH)
07 Civ. 8488                        :
07 Civ. 9319                        :
07 Civ. 9687                        :
                                    :
----------------------------------------------------------X
                                    :
NASHUA CORPORATION PENSION PLAN    :
COMMITTEE et al.,                   :
                                    :
              Plaintiffs,           :     No. 08 Civ. 0265 (unassigned)
v.                                  :
                                    :
STATE STREET BANK AND TRUST         :
COMPANY, STATE STREET GLOBAL       :     **NOTICE OF MOTION**
ADVISORS, INC., AND JOHN DOES 1-20, :
                                    :
              Defendants.           :
                                    :
----------------------------------------------------------X

     Defendants State Street Bank and Trust Company and State Street Global Advisors, Inc., hereby move to transfer these proceedings to the United States District Court for the District of Massachusetts pursuant to 28 U.S.C. § 1404.

     In support of this Motion, the Defendants rely upon the Memorandum of Law and the Declaration of Mark Duggan (with exhibits), which have been filed with this Notice of Motion.

Dated: New York, New York
February 4, 2008

| ROPES & GRAY LLP | PAUL, HASTINGS, JANOFSKY & WALKER LLP |
|---|---|
| By: /s/ Jerome C. Katz<br>Jerome C. Katz<br>1211 Avenue of the Americas<br>New York, New York, 10036-8704<br>Tel: (212) 841-5700<br>jerome.katz@ropesgray.com | By: /s/ Barry Sher<br>Barry Sher<br>Daniel B. Goldman<br>75 East 55th Street<br>New York, New York 10022-3205<br>Phone: (212) 318-6000<br>barrysher@paulhastings.com<br>dangoldman@paulhastings.com |
| Harvey J. Wolkoff<br>Robert A. Skinner<br>Olivia S. Choe<br>One International Place<br>Boston, MA 02110<br>Tel: (617) 951-7000<br>harvey.wolkoff@ropesgray.com<br>robert.skinner@ropesgray.com<br>olivia.choe@ropesgray.com | *Attorneys for Defendants State Street Bank and Trust Company and State Street Global Advisors, Inc. in the Prudential Action* |
| *Attorneys for Defendants State Street Bank and Trust Company and State Street Global Advisors, Inc. in the Class Actions* | |

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be served on all counsel registered as filing users on ECF by electronic service pursuant to Fed. R. Civ. P. 5(b)(3).  I further certify that a true and correct copy of the foregoing document will be served on all counsel not registered as filing users by electronic mail.

                                                                       /s/ Jerome C. Katz
                                                                       Jerome C. Katz