PAUL, HASTINGS, JANOFSKY & WALKER LLP
Barry Sher (BS-4252)
Daniel B. Goldman (DG-4503)
75 East 55th Street
New York, NY 10022-3205
Telephone: (212) 318-6000
*Counsel for Defendants State Street Bank and Trust Company
and State Street Global Advisors, Inc.*

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE STATE STREET BANK AND TRUST CO. ERISA LITIGATION<br><br>This document relates to:<br>07-CV-8488 (*Prudential Retirement Insurance and Annuity Company v. State Street Bank and Trust Company and State Street Global Advisors, Inc.*) | Index No. 07-CV-8488 (RJH) |

### DEFENDANTS' DISCLOSURE PURSUANT TO FED. R. CIV. P. 7.1(a)

In accordance with Fed. R. Civ. P. 7.1(a), Defendants State Street Bank and Trust Company and State Street Global Advisors, Inc., by and through the undersigned counsel, hereby disclose as follows:

1. Defendants State Street Bank and Trust Company ("SSBT") and State Street Global Advisors, Inc. ("SSgA, Inc.") identify the following parent company: State Street Corporation. State Street Global Advisors ("SSgA") is the investment management division of SSBT and not a separate corporate entity.

2. State Street Corporation is a publicly held corporation that owns 10% or more of the stock in SSBT and SSgA, Inc. No other publicly held corporation holds ten percent or more of the stock in SSBT or SSgA, Inc.

Dated: New York, New York
February 4, 2008

By: /S/ Barry Sher
Barry Sher (BS-4252)
Daniel B. Goldman (DG-4503)
Paul, Hastings, Janofsky & Walker, LLP
75 East 55th Street
New York, NY 10022-3205
Telephone: (212) 318-6000
Counsel for Defendants State Street Bank and Trust Company and State Street Global Advisors, Inc.

2

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as on the Notice of Electronic Filing (NEF). At this time, I am not aware of any non-registered participants to whom paper copies must be sent.

Dated: New York, New York
      February 4, 2008

                                              /s/
                                           Barry Sher

LEGAL_US_E # 78185573.1