William C. Fredericks (WF-1576)
Jonathan Harris (JH-3047)
Jerald D. Bien-Willner
BERNSTEIN LITOWITZ BERGER
    & GROSSMANN LLP
1285 Avenue of the Americas
New York, New York 10019
Phone: (212) 554-1400
Fax: (212) 554-1444

Lynn L. Sarko (LS-3700)
Derek W. Loeser (DL-6712)
Karin B. Swope (KS-3369)
Tyler L. Farmer (TF-6398)
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, Washington 98101
Phone: (206) 623-1900
Fax: (206) 623-3384

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| IN RE STATE STREET BANK AND TRUST CO. ERISA LITIGATION<br><br>This documents relates to<br><br>07-CV-9319<br>07-CV-9687 | 07 Civ. 8488 (RJH)<br>Consolidated Actions |
|---|---|

### MOTION TO ADMIT KARIN B. SWOPE *PRO HAC VICE*

Pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Jonathan A. Harris, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of:

1

Karin B. Swope
Keller Rohrback, L.L.P.,
1201 Third Avenue
Seattle, Washington 98101-3052
Telephone: (206) 623-1900
Facsimile: (206) 623-3384
E-mail: kswope@kellerrohrback.com

Karin B. Swope is a member in good standing of the Bar of the State of Washington.

There are no pending disciplinary proceedings against Karin B. Swope in any State or Federal Court.

Executed on January 30, 2008 in New York, New York

                                **BERNSTEIN LITOWITZ BERGER
& GROSSMANN LLP**

                                _/s/ Jonathan A. Harris_
                                Jonathan A. Harris (JH -3047)
                                1285 Avenue of the Americas
                                New York, New York 10019
                                Telephone: (212) 554-1400
                                Facsimile: (212) 554-1444

William C. Fredericks (WF-1576)
Jonathan Harris (JH-3047)
Jerald D. Bien-Willner
BERNSTEIN LITOWITZ BERGER
   &amp; GROSSMANN LLP
1285 Avenue of the Americas
New York, New York 10019
Phone: (212) 554-1400
Fax: (212) 554-1444

Lynn L. Sarko (LS-3700)
Derek W. Loeser (DL-6712)
Karin B. Swope (KS-3369)
Tyler L. Farmer (TF-6398)
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, Washington 98101
Phone: (206) 623-1900
Fax: (206) 623-3384

*Attorneys for Plaintiffs and the Class*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE STATE STREET BANK AND TRUST CO. ERISA LITIGATION<br><br>This documents relates to<br><br>07-CV-9319<br>07-CV-9687 | 07 Civ. 8488 (RJH)<br>Consolidated Actions |

### AFFIDAVIT OF JONATHAN A. HARRIS IN SUPPORT OF MOTION TO ADMIT KARIN B. SWOPE *PRO HAC VICE*

Jonathan A. Harris declares pursuant to 28 U.S.C. § 1746 as follows:

1. I am Counsel to the firm of Bernstein Litowitz Berger & Grossmann LLP, co-counsel for Plaintiffs, on behalf of themselves and all others similarly situated, in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my knowledge of the facts set forth herein and in support of Plaintiffs' Motion to admit Karin B. Swope as counsel *pro hac vice* to represent Plaintiffs in this matter.

2. I am a member in good standing of the bar of the state of New York, and was admitted to practice law on June 4, 1990. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Karin B. Swope since late 2007. I am familiar with her practice.

4. Ms. Swope is an attorney at Keller Rohrback, L.L.P.

5. I have found Ms. Swope to be a skilled attorney and a person of integrity. She is experienced in Federal practice and is familiar with the Federal Rules of Civil Procedure. See also the accompanying Affidavit of Karin B. Swope to which a Certificate of Good Standing of the bar of the State of Washington is attached as an exhibit.

6. Accordingly, I am pleased to move the admission of Karin B. Swope, *pro hac vice*.

7. A proposed order granting the admission of Karin B. Swope, *pro hac vice* is provided herewith for the Court's convenience.

WHEREFORE, it is respectfully requested that the Motion to admit Karin B. Swope, *pro hac vice*, to represent Plaintiffs in the above captioned matter, be granted.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 30, 2008 at New York, New York.

/s/ Jonathan A. Harris<br>
Jonathan A. Harris (JH 3047)

Laura Marioni    1/30/2008

LAURA MARIONI
Notary Public - State of New York
NO. 01MA6043496
Qualified in Queens County
My Commission Expires 6/19/2010

2

Jonathan A. Harris
Avi Josefson
Gerald H. Silk
BERNSTEIN LITOWITZ BERGER
 & GROSSMANN LLP
1285 Avenue of the Americas
New York, New York 10019
Phone: (212) 554-1400
Fax: (212) 554-1444

Karin B. Swope
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, Washington 98101
Phone: (206) 623-1900
Fax: (206) 623-3384

*Attorneys for Plaintiff and the Class*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **IN RE STATE STREET BANK AND TRUST CO. ERISA LITIGATION**<br><br>**This documents relates to**<br><br>**07-CV-9319**<br>**07-CV-9687** | 07 Civ. 8488 (RJH) |

**AFFIDAVIT OF KARIN B. SWOPE IN SUPPORT OF MOTION TO ADMIT COUNSEL**
*PRO HAC VICE*

KARIN B. SWOPE, an attorney duly admitted to practice in the Courts of this State of Washington, declares, pursuant to the Individual Rules and Procedures of this Court and Rule 1.3(c) of the Local Rules of the United States District Court for the Southern District of New York, as follows:

1

1.     I am an associate at the law firm of Keller Rohrback L.L.P., Co-Counsel for Plaintiffs in the above-captioned matters with Jonathan Harris at the office of Bernstein Litowitz Berger & Grossmann LLP.

2.     I submit this Affidavit in support of Plaintiffs' Motion for my admission to practice *pro hac vice* in this matter to argue or try this particular case in whole or in part as counsel or advocate.

3.     As shown in the Certificate of Good Standing issued by the Supreme Court of the State of Washington and attached hereto as Exhibit 1, I am a member in good standing of the Bar of the State of Washington.

4.     There are no pending disciplinary proceedings against me in any State or Federal court.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 18, 2008, at Seattle, Washington

_____
KARIN B. SWOPE

SUBSCRIBED AND SWORN TO before me this 18th day of January, 2008.

_____
Print Name: Mavis Bates
NOTARY PUBLIC in and for the State of
Washington; residing at: King Co.
My commission expires: 9/1/10

# IN THE SUPREME COURT OF THE STATE OF WASHINGTON

| | | |
|---|---|---|
| IN THE MATTER OF THE ADMISSION | ) ) ) | BAR NO. 24015 |
| OF<br>KARIN BORENSTEIN SWOPE | ) ) ) | **CERTIFICATE OF GOOD** |
| TO PRACTICE IN THE COURTS OF THIS STATE | ) ) ) ) | **STANDING** |

I, Ronald R. Carpenter, Clerk of the Supreme Court of the State of Washington, hereby certify

KARIN BORENSTEIN SWOPE

was regularly admitted to practice as an Attorney and Counselor at Law in the Supreme Court and all the Courts of the State of Washington on November 4, 1994, and is now and has continuously since that date been an attorney in good standing, and has a current status of active.



IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of said Court this 14th day of January, 2008.

Ronald R. Carpenter
Supreme Court Clerk
Washington State Supreme Court

William C. Fredericks (WF-1576)
Jonathan Harris (JH-3047)
Jerald D. Bien-Willner
BERNSTEIN LITOWITZ BERGER
    & GROSSMANN LLP
1285 Avenue of the Americas
New York, New York 10019
Phone: (212) 554-1400
Fax: (212) 554-1444

Lynn L. Sarko (LS-3700)
Derek W. Loeser (DL-6712)
Karin B. Swope (KS-3369)
Tyler L. Farmer (TF-6398)
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, Washington 98101
Phone: (206) 623-1900
Fax: (206) 623-3384

*Attorneys for Plaintiff and the Class*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **IN RE STATE STREET BANK AND TRUST CO. ERISA LITIGATION**<br><br>**This documents relates to**<br><br>07-CV-9319<br>07-CV-9687 | 07 Civ. 8488 (RJH)<br>Consolidated Actions |

### [PROPOSED] ORDER FOR ADMISSION OF
### KARIN B. SWOPE *PRO HAC VICE* ON WRITTEN MOTION

Upon the motion of Jonathan A. Harris, co-counsel for Plaintiffs in the above captioned cases, the Affidavit of Mr. Harris in support, and the Affidavit of Karin B. Swope;

IT IS HEREBY ORDERED that Karin B. Swope, Keller Rohrback, L.L.P., 1201 Third Avenue, Seattle, Washington 98101-3052, Telephone: (206) 623-1900, Facsimile: (206) 623-3384, E-mail: kswope@kellerrohrback.com, is admitted to practice *pro hac vice* as counsel for

Plaintiffs in the above captioned cases in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of the Court.

SO ORDERED.

_____
Richard J. Holwell, U.S.D.J.

_____ \_\_\_, 2008

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE STATE STREET BANK AND TRUST CO. ERISA LITIGATION<br><br>This Document Relates to:<br><br>07 Civ. 9319<br>07 Civ. 9687 | 07 Civ. 8488 (RJH) |

## CERTIFICATE OF SERVICE

The undersigned, a member in good standing of the bar of this Court, certifies that on January 30, 2008, he caused copies of the foregoing Motion to Admit Karin B. Swope *Pro Hac Vice* and a [Proposed] Order Granting Motion for Admission *Pro Hac Vice* along with supporting materials to be served via first class United States mail upon the following parties:

| | |
|---|---|
| ROPES & GRAY LLP<br>Harvey J. Wolkoff<br>Robert A. Skinner<br>Olivia S. Choe<br>One International Place<br>Boston Massachusetts 02110 | DEBEVOISE & PLIMPTON LLP<br>Edwin G. Schallert<br>Steve Klugman<br>919 Third Avenue<br>New York, NY 10022 |
| KELLER ROHRBACK LLP<br>Lynn L. Sarko<br>Derek W. Loeser<br>Karin B. Swope<br>Tyler L. Farmer<br>1201 Third Avenue, Suite 3200<br>Seattle, Washington 98101 | PAUL, HASTINGS, JANOFSKY & WALKER LLP<br>Barry Sher<br>James Worthington<br>Daniel Goldman<br>Park Avenue Tower<br>75 East 55th First Floor<br>New York, NY 10022 |

/Gail Gaddis