UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE STATE STREET BANK AND TRUST
CO. ERISA LITIGATION

This document relates to:

07 Civ. 9687

07 CIV 8488 (RJH)

**ORDER GRANTING MOTION
FOR ADMISSION
PRO HAC VICE**

Upon the motion of defendants State Street Bank and Trust Company and State Street

Global Advisors, Inc., ("State Street") pursuant to Rule 1.3(c) of the Local Civil Rules, for an

order admitting Harvey J. Wolkoff, Robert A. Skinner, and Olivia S. Choe *pro hac vice* for all

purposes on behalf of State Street in this action, and for good cause shown, it is hereby

ORDERED that the motion is GRANTED in all respects.

Dated: New York, New York

_____ ____, 2008

_____
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/15/08

7279539_1 DOC