UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NASHUA CORPORATION PENSION PLAN )
COMMITTEE, JOHN L. PATENAUDE, )
MARGARET CALLAN and KAREN ADAMS, )
TRUSTEES OF THE NASHUA )
CORPORATION HOURLY EMPLOYEES )
RETIREMENT PLAN and THE NASHUA )
CORPORATION RETIREMENT PLAN FOR )
SALARIED EMPLOYEES on behalf of the )
Plan, and all other plans similarly situated, and )
participants thereof, )
)
           Plaintiffs, )
)
v. )
)
STATE STREET BANK AND TRUST )
COMPANY, STATE STREET GLOBAL )
ADVISORS, INC., AND JOHN DOES 1-20, )
)
           Defendants. )

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/21/08

07 Civ. 8488 (RJH)
08 Civ. 0265 (unassigned)

**ORDER GRANTING MOTION
FOR ADMISSION
PRO HAC VICE**

Upon the motion of defendants State Street Bank and Trust Company and State Street Global Advisors, Inc., ("State Street") pursuant to Rule 1.3(c) of the Local Civil Rules, for an order admitting Harvey J. Wolkoff, Robert A. Skinner, and Olivia S. Choe *pro hac vice* for all purposes on behalf of State Street in this action, and for good cause shown, it is hereby

ORDERED that the motion is GRANTED in all respects.

Dated: New York, New York

     Feb.     21, 2008

                                                      United States District Judge