# EXHIBIT A

Home | Contact Us | Site Map                Search [    ] GO  Advanced Search        [State Street Worldwide ▼] GO


# STATE STREET

**ABOUT US**
- Overview
- Investor Relations
- Careers
- Media
- Community Affairs
- Corporate Governance

- Company Fact Sheet
- Message from the CEO
- Executive Leadership
- Technology
- Rankings & Accolades

- Office Locations
- Partners & Affiliates
- Company Milestones
- Frequently Asked Questions

**PRODUCTS & SERVICES**
- Overview
- Investment Management
- Research & Trading
- Investment Servicing

**INDUSTRY INSIGHTS**
- Overview
- Market Summaries
- Economic Perspectives
- Global Market Information

## Office Locations

### NEW YORK

(View another state)

**New York**

**State Street Bank and Trust Company, N.A.**
Two World Financial Center
225 Liberty Street
New York, NY 10281
Phone: +1 917 790 4000
Fax: +1 917-790-4284

**Elkins/McSherry, LLC**
Two World Financial Center
225 Liberty Street
New York, NY 10281
Phone: +1 917 790 4611
Fax: +1 917 790 4284

(View another state)

**Rye Brook**

**The Tuckerman Group (a State Street Global Alliance Company)**
4 International Drive
Suite 230
Rye Brook, NY 10573
Phone: +1 914 701-4400
Fax: +1 914 701-4419

### OFFICE LOCATIONS
- **Corporate Headquarters**
- **Australia**
- **Austria**
- **Belgium**
- **Canada**
- **Cayman Islands**
- **Chile**
- **Czech Republic**
- **France**
- **Germany**
- **Ireland**
- **Italy**
- **Japan**
- **Luxembourg**
- **Netherlands**
- **People's Republic of China**
- **Singapore**
- **South Africa**
- **South Korea**
- **Switzerland**
- **Taiwan**
- **United Arab Emirates**
- **United Kingdom**
- **> United States**