# EXHIBIT B





**Start:** 225 Liberty St
New York, NY 10281-1024, US

**End:** 500 Pearl St
New York, NY 10007-1316, US

**Notes:**
Only text visible within note field will print.

| **Directions** | **Distance** |
|---|---|
| Total Est. Time: 4 minutes    Total Est. Distance: 1.24 miles | |
| **1:** Start out going SOUTHEAST on LIBERTY ST toward WEST SIDE HWY / WEST ST. | <0.1 miles |
| **2:** Turn LEFT onto WEST ST / WEST SIDE HWY. | 0.4 miles |
| **3:** Turn RIGHT onto CHAMBERS ST. | 0.5 miles |
| **4:** Turn LEFT onto CENTRE ST. | 0.1 miles |
| **5:** Turn RIGHT onto WORTH ST. | <0.1 miles |
| **6:** End at **500 Pearl St** New York, NY 10007-1316, US | |
| Total Est. Time: 4 minutes    Total Est. Distance: 1.24 miles | |



**Start:**
**225 Liberty St**
New York, NY 10281-1024, US

**End:**
**500 Pearl St**
New York, NY 10007-1316, US




All rights reserved. Use Subject to License/Copyright
These directions are informational only. No representation is made or warranty given as to their content, road conditions or route usability or expeditiousness. User assumes all risk of use. MapQuest and its suppliers assume no responsibility for any loss or delay resulting from such use.