# EXHIBIT D

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE STATE STREET BANK AND TRUST
CO. ERISA LITIGATION

This document relates to:

07 Civ. 8488
07 Civ. 9319
07 Civ. 9687

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/8/08

07 Civ. 8488 (RJH)

**ORDER**

     The Clerk of Court is directed to consolidate, for pretrial purposes only, the actions with docket numbers 07 Civ. 8488, 07 Civ. 9319, and 07 Civ. 9687 under the caption "In re State Street Bank and Trust Co. ERISA Litigation," pursuant to Rule 42(a) of the Federal Rules of Civil Procedure. *See Devlin v. Transp. Commc'ns Int'l Union*, 175 F.3d 121, 130 (2d Cir. 1999) ("A district court can consolidate related cases under Federal Rule of Civil Procedure 42(a) sua sponte.").  The actions with docket numbers 07 Civ. 9319 and 07 Civ. 8488 were previously consolidated for pretrial purposes by Order dated November 13, 2007.

     Filings in any of the consolidated actions should indicate in the caption the docket numbers of the particular action(s) to which the document relates.

SO ORDERED.

Dated: New York, New York
      January 7, 2008

Richard J. Holwell
United States District Judge