# EXHIBIT H

# U.S. DISTRICT COURT - JUDICIAL CASELOAD PROFILE

| | | | 12-MONTH PERIOD ENDING SEPTEMBER 30 | | | | | | Numerical Standing | |
|---|---|---|---|---|---|---|---|---|---|---|
| | **NEW YORK SOUTHERN** | | 2007 | 2006 | 2005 | 2004 | 2003 | 2002 | U.S. | Circuit |
| OVERALL CASELOAD STATISTICS | Filings* | | 17,699 | 12,201 | 12,945 | 12,422 | 12,321 | 13,937 | | |
| | Terminations | | 12,418 | 11,339 | 11,346 | 11,471 | 10,780 | 12,618 | | |
| | Pending | | 24,791 | 20,047 | 19,302 | 17,638 | 17,275 | 16,198 | | |
| | % Change in Total Filings | Over Last Year | 45.1 | | | | | | 4 | 1 |
| | | Over Earlier Years | | 36.7 | 42.5 | 43.6 | 27.0 | | 5 | 1 |
| | Number of Judgeships | | 28 | 28 | 28 | 28 | 28 | 28 | | |
| | Vacant Judgeship Months** | | 19.1 | 2.0 | 6.3 | 8.8 | 33.3 | 15.8 | | |
| ACTIONS PER JUDGESHIP | FILINGS | Total | 632 | 435 | 462 | 444 | 441 | 498 | 10 | 1 |
| | | Civil | 576 | 385 | 409 | 388 | 381 | 441 | 7 | 1 |
| | | Criminal Felony | 35 | 34 | 40 | 44 | 47 | 48 | 83 | 5 |
| | | Supervised Release Hearings** | 21 | 16 | 13 | 12 | 13 | 9 | 52 | 4 |
| | Pending Cases | | 885 | 716 | 689 | 630 | 617 | 579 | 6 | 1 |
| | Weighted Filings** | | 664 | 501 | 551 | 527 | 513 | 539 | 6 | 1 |
| | Terminations | | 444 | 405 | 405 | 410 | 385 | 451 | 42 | 3 |
| | Trials Completed | | 12 | 13 | 15 | 16 | 17 | 15 | 79 | 4 |
| MEDIAN TIMES (months) | From Filing to Disposition | Criminal Felony | 18.5 | 16.7 | 14.5 | 11.9 | 11.8 | 13.3 | 93 | 6 |
| | | Civil** | 9.8 | 8.3 | 8.8 | 8.1 | 8.4 | 8.3 | 57 | 2 |
| | From Filing to Trial** (Civil Only) | | 25.6 | 25.7 | 22.0 | 26.8 | 22.6 | 23.0 | 49 | 2 |
| OTHER | Civil Cases Over 3 Years Old** | Number | 2,430 | 3,107 | 2,652 | 1,656 | 1,312 | 1,230 | | |
| | | Percentage | 11.3 | 18.4 | 16.7 | 11.6 | 9.2 | 9.2 | 85 | 4 |
| | Average Number of Felony Defendants Filed Per Case | | 1.5 | 1.7 | 1.9 | 1.7 | 1.5 | 1.5 | | |
| | Jurors | Avg. Present for Jury Selection | 96.21 | 96.33 | 99.86 | 88.01 | 82.96 | 83.28 | | |
| | | Percent Not Selected or Challenged | 39.8 | 60.4 | 62.0 | 53.1 | 54.8 | 61.9 | | |

| 2007 CIVIL AND CRIMINAL FELONY FILINGS BY NATURE OF SUIT AND OFFENSE | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type of | TOTAL | A | B | C | D | E | F | G | H | I | J | K | L |
| Civil | 16125 | 270 | 628 | 1335 | 71 | 42 | 902 | 2365 | 7023 | 768 | 1454 | 59 | 1208 |
| Criminal* | 968 | 1 | 264 | 116 | 86 | 251 | 22 | 37 | 14 | 65 | 28 | 22 | 62 |

\* Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings "By Nature of Offense" do not.
\*\* See "Explanation of Selected Terms."

# U.S. DISTRICT COURT - JUDICIAL CASELOAD PROFILE

| | | | 12-MONTH PERIOD ENDING SEPTEMBER 30 | | | | | | Numerical Standing | |
|---|---|---|---|---|---|---|---|---|---|---|
| | **MASSACHUSETTS** | | 2007 | 2006 | 2005 | 2004 | 2003 | 2002 | U.S. | Circuit |
| OVERALL CASELOAD STATISTICS | Filings* | | 3,712 | 3,591 | 3,768 | 3,819 | 3,720 | 3,765 | | |
| | Terminations | | 3,880 | 3,954 | 3,669 | 3,683 | 3,513 | 3,565 | | |
| | Pending | | 3,968 | 4,567 | 4,810 | 4,496 | 4,416 | 4,300 | | |
| | % Change in Total Filings | Over Last Year | 3.4 | | | | | | 29 | 2 |
| | | Over Earlier Years | | | -1.5 | -2.8 | -.2 | -1.4 | 39 | 1 |
| | Number of Judgeships | | 13 | 13 | 13 | 13 | 13 | 13 | | |
| | Vacant Judgeship Months** | | .0 | .0 | .0 | 8.0 | 7.0 | .0 | | |
| ACTIONS PER JUDGESHIP | FILINGS | Total | 286 | 276 | 291 | 294 | 285 | 289 | 79 | 1 |
| | | Civil | 241 | 237 | 252 | 255 | 246 | 243 | 68 | 1 |
| | | Criminal Felony | 29 | 26 | 29 | 27 | 31 | 38 | 91 | 5 |
| | | Supervised Release Hearings** | 16 | 13 | 10 | 12 | 8 | 8 | 69 | 3 |
| | Pending Cases | | 305 | 351 | 370 | 346 | 340 | 331 | 69 | 2 |
| | Weighted Filings** | | 313 | 306 | 348 | 349 | 344 | 354 | 78 | 2 |
| | Terminations | | 298 | 304 | 282 | 283 | 270 | 274 | 78 | 1 |
| | Trials Completed | | 18 | 18 | 17 | 17 | 15 | 15 | 55 | 2 |
| MEDIAN TIMES (months) | From Filing to Disposition | Criminal Felony | 19.3 | 18.4 | 17.2 | 14.9 | 14.3 | 13.4 | 94 | 5 |
| | | Civil** | 8.4 | 9.0 | 10.7 | 9.4 | 10.7 | 11.5 | 37 | 4 |
| | From Filing to Trial** (Civil Only) | | 33.5 | 28.0 | 31.0 | 31.7 | 28.5 | 25.5 | 70 | 3 |
| OTHER | Civil Cases Over 3 Years Old** | Number | 179 | 577 | 318 | 215 | 198 | 229 | | |
| | | Percentage | 5.6 | 15.3 | 7.9 | 5.7 | 5.4 | 6.3 | 59 | 3 |
| | Average Number of Felony Defendants Filed Per Case | | 1.4 | 1.5 | 1.8 | 1.5 | 1.4 | 1.6 | | |
| | Jurors | Avg. Present for Jury Selection | 46.11 | 48.15 | 44.33 | 47.60 | 49.14 | 46.26 | | |
| | | Percent Not Selected or Challenged | 27.4 | 27.6 | 20.3 | 27.5 | 33.4 | 23.2 | | |

| 2007 CIVIL AND CRIMINAL FELONY FILINGS BY NATURE OF SUIT AND OFFENSE | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type of | TOTAL | A | B | C | D | E | F | G | H | I | J | K | L |
| Civil | 3131 | 76 | 162 | 519 | 52 | 35 | 245 | 449 | 367 | 220 | 375 | 18 | 613 |
| Criminal* | 362 | 1 | 133 | 30 | 47 | 88 | 14 | 16 | 8 | 7 | 5 | 3 | 10 |

\* Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings "By Nature of Offense" do not.
\*\* See "Explanation of Selected Terms."

# U.S. COURTS
## THE FEDERAL JUDICIARY

| About U.S. Courts | Newsroom | Library | Court Links | FAQs | Employment | Contact Us |

**Library**

- Return to Statistical Reports

## Federal Court Management Statistics

Federal Court Management Statistics-2007

- Courts of Appeals
- District Courts

Federal Court Management Statistics-2006

- Courts of Appeals
- District Courts

Federal Court Management Statistics-2005

- Courts of Appeals
- District Courts

Federal Court Management Statistics-2004

- Courts of Appeals
- District Courts

Federal Court Management Statistics-2003

- Courts of Appeals
- District Courts

Federal Court Management Statistics-2002

- Courts of Appeals
- District Courts

Federal Court Management Statistics-2001

- Courts of Appeals
- District Courts

Federal Court Management Statistics-2000

- Courts of Appeals
- District Courts

Federal Court Management Statistics-1999

- Courts of Appeals