**BERNSTEIN LITOWITZ BERGER & GROSSMAN LLP**
Steven Singer (SS-5212)
William C. Fredericks (WF-)
Wallace A. Showman (WS-0881)
Jonathan Harris (JH-3047)
Jerald Bien-Willner (JB-)
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 554-1400
Facsimile: (212) 554-1444

**KELLER ROHRBACK LLP**
Lynn L. Sarko
Derek W. Loeser
Karin B. Swope
Tyler L. Farmer
1201 Third Avenue, Suite 3200
Seattle, Washington 98101
Telephone: (206) 623-1900
Facsimile: (206) 623-3384

**BERMAN DEVALERIO PEASE TABACCO BURT & PUCILLO**
Jeffrey C. Block
Abigail R. Romeo
One Liberty Square
Boston, MA 02109
Telephone: (617) 542-8300
Facsimile: (617) 542-1194

*Attorneys for Lead Plaintiffs and the Class*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE STATE STREET BANK AND TRUST CO. ERISA LITIGATION | |
| This document relates to: | 07 Civ. 8488 (RJH) (Consolidated Actions) |
| No. 07 Civ. 9319<br>No. 07 Civ. 9687<br>No. 08 Civ. 0265 | |

**DECLARATION OF ALAN KOBER IN OPPOSITION TO DEFENDANTS' MOTION TO TRANSFER VENUE PURSUANT TO 28 U.S.C. § 1404**

2

ALAN KOBER declares under penalty of perjury as follows:

1. I am Trustee of the Andover Companies Employees Savings and Profit Sharing Plan. I submit this declaration in opposition to the motion of Defendants State Street Bank & Trust Company ("SSBT") and State Street Global Advisors, Inc. to transfer this action to the District of Massachusetts.

2. I am ready, willing and able to testify at trial in New York City.

Dated: New York, New York
       March 13, 2008

_____
ALAN KOBER

2