**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**
William C. Fredericks (WF-1576)
Wallace A. Showman (WS-0881)
Jonathan Harris (JH-3047)
Jerald Bien-Willner
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 554-1400
Facsimile: (212) 554-1444

**BERMAN DEVALERIO PEASE TABACCO BURT & PUCILLO**
Jeffrey C. Block (JCB-0387)
Patrick T. Egan
Kristen D. Tremble
One Liberty Square
Boston, MA  02109
Telephone: (617) 542-8300
Facsimile: (617) 542-1194

**KELLER ROHRBACK LLP**
Lynn L. Sarko
Derek W. Loeser
Karin B. Swope
Tyler L. Farmer
1201 Third Avenue, Suite 3200
Seattle, Washington 98101
Telephone: (206) 623-1900
Facsimile: (206) 623-3384

*Attorneys for Lead Plaintiffs and the Class*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE STATE STREET BANK AND TRUST CO. ERISA LITIGATION<br><br>This document relates to:<br><br>No. 07 Civ. 9319<br>No. 07 Civ. 9687<br>No. 08 Civ. 0265 | 07 Civ. 8488 (RJH)<br>(Consolidated Actions) |

**DECLARATION OF MARGARET CALLAN IN OPPOSITION
TO DEFENDANTS' MOTION TO TRANSFER VENUE
PURSUANT TO 28 U.S.C. § 1404**

MARGARET CALLAN declares under penalty of perjury as follows:

1. I am a member of the Nashua Corporation Pension Plan Committee for the Nashua Corporation Hourly Employees Retirement Plan and the Nashua Corporation Retirement Plan for Salaried Employees. I submit this declaration in opposition to the motion of Defendants State Street Bank & Trust Company ("SSBT") and State Street Global Advisors, Inc. to transfer this action to the District of Massachusetts.

2. For purposes of this litigation, I am ready, willing and able to testify at trial in New York City.

Dated: Nashua, New Hampshire
       March 10, 2008

_____
MARGARET CALLAN

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system on March 10, 2008 will be served on all counsel registered as filing users on ECF by electronic service pursuant to Fed. R. Civ. P. 5(b)(3). I further certify that a true and correct copy of the foregoing document will be served on all counsel not registered as filing users by electronic mail.

/s/ Wallace Showman
Wallace Showman