UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| IN RE STATE STREET BANK AND TRUST CO. ERISA LITIGATION | : | 07 Civ. 8488 (RJH) |
| | : | |
| This document relates to: | : | |
| | : | DECLARATION OF DEREK W. LOESER |
| 07 Civ. 9319 | : | |
| 07 Civ. 9687 | : | |
| 08 Civ. 0265 | : | |
| | : | |
| | : | |
| | : | |

## DECLARATION OF DEREK W. LOESER

I, DEREK W. LOESER, declare as follows:

1. I am a partner with the law firm of Keller Rohrback L.L.P., Interim Co-Lead Counsel for Plaintiffs in the above-entitled actions. I submit this declaration in support of Plaintiffs' Motion for Leave to File a Consolidated Amended Complaint. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. Attached as Exhibit A is a true and correct copy of the proposed Consolidated Amended Complaint.

3. I sought consent of Defendants to file the Consolidated Amended Complaint (and provided Defendants with a copy of the proposed Consolidated Amended Complaint) but was

- 1 -

- 2 -

informed on the afternoon of March 18, 2008 that State Street would not consent to the filing of the Consolidated Amended Complaint without this Court's order.

4. Attached as Exhibit B is a true and correct copy of an email I received from Robert Skinner, litigation counsel for State Street, on March 18, 2008.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: March 27, 2008

                                      s/ Derek W. Loeser
                                      Derek W. Loeser, (DL-6712)
                                      KELLER ROHRBACK L.L.P.
                                      1201 Third Avenue, Suite 3200
                                      Seattle, WA 98101
                                      Tel: (206) 623-1900
                                      Fax: (206) 623-3384
                                      dloeser@kellerrohrback.com