# EXHIBIT B

**From:** Skinner, Robert [Robert.Skinner@ropesgray.com]
**Sent:** Tuesday, March 18, 2008 1:31 PM
**To:** Derek Loeser
**Cc:** Karin Swope; Tyler Farmer
**Subject:** RE: State Street

Derek,

State Street is not able to consent to your motion for leave to amend at this time. If you intend to proceed today, either by consent or motion, you should go ahead and file the motion.

Regards,

Rob


Robert A. Skinner
ROPES & GRAY LLP
T 617-951-7560 | F 617-235-0434
One International Place
Boston, MA 02110-2624
Robert.Skinner@ropesgray.com
www.ropesgray.com


Circular 230 Disclosure (R&G): To ensure compliance with Treasury Department regulations, we inform you that any U.S. tax advice contained in this communication (including any attachments) was not intended or written to be used, and cannot be used, for the purpose of avoiding U.S. tax-related penalties or promoting, marketing or recommending to another party any tax-related matters addressed herein.

This message (including attachments) is privileged and confidential. If you are not the intended recipient, please delete it without further distribution and reply to the sender that you have received the message in error.


**From:** Derek Loeser [mailto:dloeser@KellerRohrback.com]
**Sent:** Tuesday, March 18, 2008 2:19 PM
**To:** Skinner, Robert
**Cc:** Karin Swope; Tyler Farmer
**Subject:** State Street

Rob - we are filing the amended complaint today so please let us know by 5 pm Eastern whether you will stipulate to our filing an amended complaint, or if we will need to proceed by motion. Thank you.

-------------------
*Derek W. Loeser*
Keller Rohrback L.L.P.
Phone: (206) 623-1900

3/24/2008

Fax: (206) 623-3384
E-mail: dloeser@kellerrohrback.com
Web site: krclassaction.com

CONFIDENTIALITY NOTE: This Electronic Message contains information belonging to the law firm of Keller Rohrback L.L.P., which may be privileged, confidential and protected from disclosure. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this message is strictly prohibited.