UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
IN RE STATE STREET BANK AND : 
TRUST CO. ERISA LITIGATION : 07 Civ. 8488 (RJH)
 :
This document relates to: :
 : [PROPOSED] ORDER GRANTING
07 Civ. 9319 : PLAINTIFFS' MOTION FOR LEAVE
07 Civ. 9687 : TO FILE A CONSOLIDATED
08 Civ. 0265 : AMENDED COMPLAINT
 :
 :
 :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE A CONSOLIDATED AMENDED COMPLAINT**

Whereas Plaintiffs have moved for leave to file their Consolidated Amended Complaint,

NOW, THEREFORE, IT IS ORDERED that:

Plaintiffs are granted leave to file their Consolidated Amended Complaint. Plaintiffs are directed to file the amended complaint within 10 days of the entry of this Order.

Dated this _____ day of _____, 2008.

_____
United States District Judge