UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| IN RE STATE STREET BANK AND TRUST CO. ERISA LITIGATION : <br><br>This document relates to: <br><br>07 Civ. 9319 <br>07 Civ. 9687 <br>08 Civ. 0265 | 07 Civ. 8488 (RJH) <br><br>PLAINTIFFS' NOTICE AND MOTION FOR LEAVE TO FILE A CONSOLIDATED AMENDED COMPLAINT |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**PLAINTIFFS' NOTICE AND MOTION FOR LEAVE TO FILE
A CONSOLIDATED AMENDED COMPLAINT**

PLEASE TAKE NOTICE that, on April 18, 2008 or as soon thereafter as this may be heard, Interim Lead Class Action Plaintiffs (hereinafter "Lead Plaintiffs") in the above-captioned litigation will move this Court for an Order granting Lead Plaintiffs leave to amend their Consolidated Class Action Complaint (the "Complaint").

COMES NOW the Lead Plaintiffs, by and through their undersigned counsel, and respectfully requests this Honorable Court to grant leave, thereby permitting Lead Plaintiffs to file their Consolidated Amended Complaint (the "Complaint"). At this time, Lead Plaintiffs request leave to file a Complaint in the above-captioned case to facilitate efficient case management by consolidating in a single operative complaint the claims that have previously been asserted in this Court in three separate class actions (which have previously been

- 2-

consolidated by the Court), and to add additional Plaintiffs who similarly allege that State Street's management of certain bond funds constituted a breach of its fiduciary duties under ERISA  A copy of the Complaint, with proposed amendments is attached to the Declaration of Derek W. Loeser as Exhibit A.

This Motion is based on the Motion, the Memorandum of Points and Authorities, the pleadings and other documents filed to date in this litigation, and such other written and oral arguments as may be presented to the Court.

Dated: March 27, 2008                    Respectfully submitted,


s/ Derek W. Loeser
**KELLER ROHRBACK LLP**
Lynn L. Sarko (LS-3700)
Derek W. Loeser (DL-6712)
Karin B. Swope (KS-3369)
Tyler L. Farmer (TF-6398)
1201 Third Avenue, Suite 3200
Seattle, Washington 98101
Telephone: (206) 623-1900
Facsimile: (206) 623-3384

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**
William C. Fredericks (WF-1576)
Wallace A. Showman (WS-0881)
Jonathan Harris (JH-3047)
Jerald D. Bien-Willner
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 554-1400
Facsimile: (212) 554-1444

_____    _____

**BERMAN, DEVALERIO PEASE TABACCO BURT & PUCILLO**
Jeffrey C. Block (JCB 0387)
Patrick T. Egan
Kristen D. Tremble
One Liberty Square
Boston, Massachusetts 02109
Telephone:  (617) 542-8300
Facsimile:  (617) 542-1194


*Co-Lead Counsel and Interim Class Counsel*

- 3-

**ROBERT M. CHEVERIE & ASSOCIATES**
Robert M. Cheverie
Gregory S. Campora
333 East River Drive, Suite 101
East Hartford, CT  06108
Telephone: (860) 290-9610
Facsimile: (860) 290-9611

Additional Counsel for Plaintiff Glenn Kingsbury

## CERTIFICATE OF SERVICE

I hereby certify that on March 27, 2008, a true and correct copy of the PLAINTIFFS' NOTICE AND MOTION FOR LEAVE TO FILE A CONSOLIDATED AMENDED COMPLAINT; LEAD PLAINTIFFS' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR LEAVE TO FILE A CONSOLIDATED AMENDED COMPLAINT; DECLARATION OF DEREK W. LOESER; and [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE A CONSOLIDATED AMENDED COMPLAINT was served upon all known counsel of record via the court's electronic filing system and via U.S. Mail.

| | |
|---|---|
| Harvey J. Wolkoff<br>Robert A. Skinner<br>Olivia S. Choe<br>ROPES & GRAY LLP<br>One International Place<br>Boston, MA 02110<br>(617)-951-7000<br>Fax: (617)-951-7050<br>olivia.choe@ropesgray.com<br>rskinner@ropesgray.com<br><br>*Counsel for Defendants State Street Bank and Trust Company and State Street Global Advisors, Inc. in the Class Actions* | Jerome C. Katz (JK-0850)<br>ROPES & GRAY LLP<br>1211 Avenue of the Americas<br>New York, NY 10036-8704<br>Telephone: (212) 596-9000<br>Facsimile: (212) 596-9090<br>jerome.katz@ropesgray.com<br><br>*Counsel for Defendants State Street Bank and Trust Company and State Street* |

DATED this 27th day of March, 2008.

    s/ Derek W. Loeser
Derek W. Loeser, WSBA # 24274
KELLER ROHRBACK L.L.P.
1201 3rd Avenue, Suite 3200
Seattle, WA 98101
Tel: (206) 623-1900
Fax: (206) 623-3384
dloeser@kellerrohrback.com