**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------X
                                                                :

| | |
|---|---|
| IN RE STATE STREET BANK AND TRUST CO. ERISA LITIGATION | 07 Civ. 8488 (RJH) |
| This document relates to: | **NOTICE OF APPEARANCE** |
| 07 Civ. 8488 | |

---------------------------------------------------------

**NOTICE OF APPEARANCE OF JEROME C. KATZ**

      To the Clerk of the Court:

      Please enter the appearance of Jerome C. Katz, Esq. of Ropes & Gray LLP, as counsel for the defendants State Street Bank and Trust Company and State Street Global Advisors, Inc., in the above-captioned matter.

                                                                            Respectfully submitted,

March __, 2008

                                                                           /s/ Jerome C. Katz
                                                                           Jerome C. Katz
                                                                           ROPES & GRAY LLP
                                                                           1211 Avenue of the Americas
                                                                           New York, NY 10036-8704
                                                                           jerome.katz@ropesgray.com
                                                                           (212) 596-9000
                                                                           *Attorneys for Defendants State Street Bank and Trust Company and State Street Global Advisors, Inc.*

10995352_1.DOC

- 2 -

## CERTIFICATE OF SERVICE

     I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as on the Notice of Electronic Filing (NEF).  At this time, I am not aware of any non-registered participants to whom paper copies must be sent.

                             /s/ Jerome C. Katz_____  
                             Jerome C. Katz