**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

```
-----------------------------------------------------X
                                                     :
IN RE STATE STREET BANK AND TRUST                    :
CO. ERISA LITIGATION                                 :      07 Civ. 8488 (RJH)
                                                     :
This document relates to:                            :      NOTICE OF APPEARANCE
                                                     :
07 Civ. 8488                                         :
                                                     :
-----------------------------------------------------
```

### NOTICE OF APPEARANCE OF HARVEY J. WOLKOFF

To the Clerk of the Court:

Please enter the appearance of Harvey J. Wolkoff, Esq. of Ropes & Gray LLP, as counsel for the defendants State Street Bank and Trust Company and State Street Global Advisors, Inc., in the above-captioned matter.

|  | Respectfully submitted, |
|---|---|
| March __, 2008 | |
| | /s/ Harvey J. Wolkoff |
| | Harvey J. Wolkoff |
| | ROPES & GRAY LLP |
| | One International Place |
| | Boston, MA 02110 |
| | harvey.wolkoff@ropesgray.com |
| | (617) 951-7000 |
| | *Attorneys for Defendants State Street Bank and Trust Company and State Street Global Advisors, Inc.* |

10995378_1.DOC

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as on the Notice of Electronic Filing (NEF). At this time, I am not aware of any non-registered participants to whom paper copies must be sent.

/s/ Harvey J. Wolkoff
Harvey J. Wolkoff