UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------X
                                                 :

| | | |
|---|---|---|
| IN RE STATE STREET BANK AND TRUST CO. ERISA LITIGATION | : | 07 Civ. 8488 (RJH) |
| This document relates to: | : | **NOTICE OF APPEARANCE** |
| 07 Civ. 8488 | : | |

----------------------------------------------------------

## NOTICE OF APPEARANCE OF JEROME C. KATZ

      To the Clerk of the Court:

      Please enter the appearance of Jerome C. Katz, Esq. of Ropes & Gray LLP, as counsel for the defendants State Street Bank and Trust Company and State Street Global Advisors, Inc., in the above-captioned matter.

April 2, 2008

Respectfully submitted,

/s/ Jerome C. Katz
Jerome C. Katz
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, NY 10036-8704
jerome.katz@ropesgray.com
(212) 596-9000
*Attorneys for Defendants State Street Bank and Trust Company and State Street Global Advisors, Inc.*

10995352_1.DOC

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as on the Notice of Electronic Filing (NEF). At this time, I am not aware of any non-registered participants to whom paper copies must be sent.

      /s/ Jerome C. Katz_____
      Jerome C. Katz