UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------X
                                            :
IN RE STATE STREET BANK AND TRUST  :
CO. ERISA LITIGATION                          :          07 Civ. 8488 (RJH)
                                            :
This document relates to:                          :         **NOTICE OF APPEARANCE**
                                            :
07 Civ. 8488                                                :
                                              :
---------------------------------------------------------

## NOTICE OF APPEARANCE OF ROBERT A. SKINNER

To the Clerk of the Court:

Please enter the appearance of Robert A. Skinner, Esq. of Ropes & Gray LLP, as counsel for the defendants State Street Bank and Trust Company and State Street Global Advisors, Inc., in the above-captioned matter.

April 2, 2008

Respectfully submitted,

/s/ Robert A. Skinner
Robert A. Skinner
ROPES & GRAY LLP
One International Place
Boston, MA 02110
robert.skinner@ropesgray.com
(617) 951-7000
*Attorneys for Defendants State Street Bank and Trust Company and State Street Global Advisors, Inc.*

10995358_1.DOC

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as on the Notice of Electronic Filing (NEF). At this time, I am not aware of any non-registered participants to whom paper copies must be sent.

/s/ Robert A. Skinner
Robert A. Skinner