**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------X
                        :

IN RE STATE STREET BANK AND TRUST  :
CO. ERISA LITIGATION                   :      07 Civ. 8488 (RJH)
                        :

This document relates to:         :      **NOTICE OF APPEARANCE**
                        :

07 Civ. 8488                    :
                        :

----------------------------------------------------------

## <u>NOTICE OF APPEARANCE OF OLIVIA S. CHOE</u>

To the Clerk of the Court:

Please enter the appearance of Olivia S. Choe, Esq. of Ropes & Gray LLP, as counsel for the defendants State Street Bank and Trust Company and State Street Global Advisors, Inc., in the above-captioned matter.

                                       Respectfully submitted,

April 2, 2008

                                       <u>/s/ Olivia S. Choe</u>
                                       Olivia S. Choe
                                       ROPES & GRAY LLP
                                       One International Place
                                       Boston, MA 02110
                                       olivia.choe@ropesgray.com
                                       (617) 951-7000
                                       *Attorneys for Defendants State Street Bank*
                                       *and Trust Company and State Street Global*
                                       *Advisors, Inc.*

10995433_1.DOC

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent

electronically to the registered participants as on the Notice of Electronic Filing (NEF).  At this

time, I am not aware of any non-registered participants to whom paper copies must be sent.


/s/ Olivia S. Choe____
Olivia S. Choe