RECEIVED
APR 7 2008
CHAMBERS OF
RICHARD J. HOLWELL

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

----------------------------------------X
                                        :
IN RE STATE STREET BANK AND TRUST       :
CO. ERISA LITIGATION                    :   07 Civ. 8488 (RJH)
                                        :
This document relates to:               :   STIPULATION AND ORDER
                                        :
07 Civ. 8488                            :
                                        :
----------------------------------------

      IT IS HEREBY STIPULATED AND AGREED that Ropes & Gray LLP, 1211 Avenue of the Americas, New York, NY 10036, be and they hereby are substituted as counsel and attorneys of record for Defendants State Street Bank and Trust Company and State Street Global Advisors, Inc. in this action, in the place of Paul, Hastings, Janofsky & Walker LLP, 75 East 55th Street, New York, New York, 10022-3205. Facsimile signatures shall be as effective as originals.

Dated: New York, New York
       April 2, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/9/08

10986092_1.DOC

| | |
|---|---|
| ROPES & GRAY LLP | PAUL, HASTINGS, JANOFSKY & WALKER LLP |
| By: _____<br>Jerome C. Katz<br>1211 Avenue of the Americas<br>New York, New York 10036-8704<br>Phone: (212) 596-9000<br>Substituted Attorneys for<br>  Defendants State Street Bank and Trust<br>  Company and State Street Global Advisors,<br>  Inc. | By: _____<br>Dan Goldman<br>75 East 55th Street<br>New York, New York 10022-3205<br>Phone: (212) 318-6000<br>Former Attorneys for Defendants State<br>Street Bank and Trust Company and State<br>Street Global Advisors, Inc. |

STATE STREET BANK AND TRUST COMPANY AND STATE STREET GLOBAL ADVISORS, INC.

By: _____
Vice President, State Street Bank Trust Company


SO ORDERED:

_____
The Honorable Richard J. Holwell
United States District Court
Southern District of New York    4/8/08


10986092_1.DOC

2