```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/10/08
```

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

IN RE STATE STREET BANK AND TRUST
CO. ERISA LITIGATION

This document relates to:

07 Civ. 8488

07 Civ. 8488 (RJH)

**STIPULATION AND ORDER**

------------------------------------------------------------

IT IS HEREBY STIPULATED AND AGREED that Ropes & Gray LLP, 1211 Avenue of the Americas, New York, NY 10036, be and they hereby are substituted as counsel and attorneys of record for Defendants State Street Bank and Trust Company and State Street Global Advisors, Inc. in this action, in the place of Paul, Hastings, Janofsky & Walker LLP, 75 East 55th Street, New York, New York, 10022-3205. Facsimile signatures shall be as effective as originals.

Dated: New York, New York
April 2, 2008

| | |
|---|---|
| ROPES & GRAY LLP | PAUL, HASTINGS, JANOFSKY & WALKER LLP |

By: _____
Jerome C. Katz
1211 Avenue of the Americas
New York, New York 10036-8704
Phone: (212) 596-9000
Substituted Attorneys for
  Defendants State Street Bank and Trust
  Company and State Street Global Advisors,
  Inc.

By: _____
Dan Goldman
75 East 55th Street
New York, New York 10022-3205
Phone: (212) 318-6000
  Former Attorneys for Defendants State
  Street Bank and Trust Company and State
  Street Global Advisors, Inc.

STATE STREET BANK AND TRUST COMPANY AND STATE STREET GLOBAL ADVISORS, INC.

By: _____
Vice President, State Street Bank Trust Company

SO ORDERED:

_____
The Honorable Richard J. Holwell
United States District Court
Southern District of New York
4/8/08

10986092_1.DOC

2