UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE STATE STREET BANK AND TRUST CO. ERISA LITIGATION<br><br>This document relates to:<br><br>07 Civ. 8488 | Case No. 07 Civ. 8488 (RJH)<br><br>**NOTICE OF MOTION<br>ADMISSION PRO HAC VICE** |

PLEASE TAKE NOTICE that, upon the annexed declaration of Jerome C. Katz, executed on April 30, 2008, defendants State Street Bank and Trust Company and State Street Global Advisors, Inc. (together, "State Street"), will move this Court pursuant to Rule 1.3(c) of the Local Civil Rules, that Christopher G. Green and Jeffrey Palmer, who are members of the bar of the Commonwealth of Massachusetts, and who are associates of Ropes & Gray LLP, be admitted *pro hac vice* for all purposes on behalf of State Street in this action.

Dated: New York, New York
       April 30, 2008

ROPES & GRAY LLP

By: _____
Jerome C. Katz
1211 Avenue of the Americas
New York, NY 10036-8704
jerome.katz@ropesgray.com
(212) 596-9000

*Attorneys for Defendants State Street
Bank and Trust Company and State
Street Global Advisors, Inc.*

11031131_1.DOC

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE STATE STREET BANK AND TRUST CO. ERISA LITIGATION<br><br>This document relates to:<br><br>07 Civ. 8488 | Case No. 07 Civ. 8488 (RJH)<br><br>**DECLARATION OF JEROME C. KATZ** |

Jerome C. Katz declares, pursuant to 28 U.S.C. § 1746, as follows:

1. I am a member in good standing of the bar of this Court and a member of Ropes & Gray LLP. I make this declaration in support of the motion by State Street Bank and Trust Company and State Street Global Advisors, Inc. (together, "State Street"), pursuant to Rule 1.3(c) of the Local Civil Rules of this Court, that Christopher G. Green and Jeffrey Palmer be admitted *pro hac vice* for all purposes on behalf of State Street in this action.

2. Christopher G. Green and Jeffrey Palmer, who are associates of Ropes & Gray LLP, are fully familiar with this action.

3. Christopher G. Green and Jeffrey Palmer are members in good standing of the bar of the Commonwealth of Massachusetts, as evidenced by the annexed certificates.

4. I respectfully request that State Street's motion be granted in all respects. A proposed order is enclosed herewith.

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed on April 30, 2008

_____
Jerome C. Katz

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

---

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on the **fourteenth** day of **December** A.D. **1999**, said Court being the highest Court of Record in said Commonwealth:

**Christopher G. Green**

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this **seventeenth** day of **April** in the year of our Lord **two thousand and eight**.




MAURA S. DOYLE, Clerk

---

* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification.

X3116

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

---

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on the **twenty-ninth** day of **November** A.D. **2007**, said Court being the highest Court of Record in said Commonwealth:

**Jeffrey Palmer**

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this **seventeenth** day of **April** in the year of our Lord **two thousand and eight**.





MAURA S. DOYLE, Clerk

---

* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification.

X3116

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE STATE STREET BANK AND TRUST CO. ERISA LITIGATION<br><br>This document relates to:<br><br>07 Civ. 8488 | Case No. 07 Civ. 8488 (RJH)<br><br>**ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE** |

Upon the motion of defendants State Street Bank and Trust Company and State Street Global Advisors, Inc. (together, "State Street"), pursuant to Rule 1.3(c) of the Local Civil Rules, for an order admitting Christopher G. Green and Jeffrey Palmer *pro hac vice* for all purposes on behalf of State Street in this action, and for good cause shown, it is hereby

ORDERED that the motion is GRANTED in all respects.

Dated: New York, New York
_____, 2008

_____
United States District Judge

11031142_1.DOC

## CERTIFICATE OF SERVICE

I, Paul G. Lang., hereby certify that copies of the foregoing **NOTICE OF MOTION FOR ADMISSION *PRO HAC VICE*** were caused to be served this 29th day of April, 2008, upon the following in the manner indicated:

### BY U.S. MAIL

Edwin G. Schallert
Debevoise & Plimpton LLP
410 W. 23rd Street, 3A
New York, NY 10011

*Attorneys for Plaintiff Prudential Retirement Insurance and Annuity Company*

_____
Paul G. Lang