UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE STATE STREET BANK AND TRUST CO. ERISA LITIGATION<br><br>This document relates to:<br><br>07 Civ. 8488 | Case No. 07 Civ. 8488 (RJH)<br><br>**ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE** |

Upon the motion of defendants State Street Bank and Trust Company and State Street Global Advisors, Inc. (together, "State Street"), pursuant to Rule 1.3(c) of the Local Civil Rules, for an order admitting Christopher G. Green and Jeffrey Palmer *pro hac vice* for all purposes on behalf of State Street in this action, and for good cause shown, it is hereby

ORDERED that the motion is GRANTED in all respects.

Dated: New York, New York
       5/19        , 2008

_____
United States District Judge

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/19/08
```

11031142_1.DOC