William C. Fredericks (WF-1576)
Wallace Showman (WS-0881)
Jonathan Harris (JH-3047)
Jerald D. Bien-Willner
BERNSTEIN LITOWITZ BERGER
 & GROSSMANN LLP
1285 Avenue of the Americas
New York, New York 10019
Phone: (212) 554-1400
Fax: (212) 554-1444

Lynn L. Sarko
Derek W. Loeser
Karin B. Swope
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, Washington 98101
Phone: (206) 623-1900
Fax: (206) 623-3384

Jeffrey C. Block (JCB 0387)
Patrick T. Egan
Kristen D. Tremble
BERMAN, DEVALERIO PEASE
 TABACCO BURT & PUCILLO
One Liberty Square
Boston, Massachusetts 02109
Telephone: (617) 542-8300
Facsimile: (617) 542-1194

*Attorneys for Plaintiffs and the Class*

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

---

IN RE STATE STREET BANK AND TRUST :
CO. ERISA LITIGATION                :
                                    :
This document relates to:           :   No. 07 Civ. 8488 (RJH)
                                    :
No. 07 Civ. 8488                    :   **MOTION TO ADMIT LAURA R.
No. 07 Civ. 9319                    :   GERBER *PRO HAC VICE***
No. 07 Civ. 9687                    :
No. 08 Civ. 0265                    :
                                    :

---

- 1 -

Pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Jonathan A. Harris, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of:

Laura R. Gerber
Keller Rohrback, L.L.P.,
1201 Third Avenue
Seattle, Washington 98101-3052,
Telephone:(206) 623-1900
Facsimile: (206) 623-3384
E-mail: lgerber@kellerrohrback.com.

Laura R. Gerber is a member in good standing of the Bar of the State of Washington.

There are no pending disciplinary proceedings against Laura R. Gerber in any State or Federal Court.

Executed on June 24, 2008 in New York, New York

                              **BERNSTEIN LITOWITZ BERGER
                              & GROSSMANN LLP**

                              Jonathan A. Harris
                              1285 Avenue of the Americas
                              New York, New York 10019
                              Telephone: (212) 554-1400
                              Facsimile: (212) 554-1444

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE STATE STREET BANK AND TRUST CO. ERISA LITIGATION<br><br>This Document Relates to:<br><br>07 Civ. 8488<br>07 Civ. 9319<br>07 Civ. 9687<br>08 Civ. 0265 | 07 Civ. 8488 (RJH) |

## CERTIFICATE OF SERVICE

The undersigned certifies that on June 25, 2008, she caused copies of the foregoing Motion to Admit Laura R. Gerber *Pro Hac Vice* and a [Proposed] Order Granting Motion for Admission *Pro Hac Vice* along with supporting materials to be served via first class United States mail upon the following parties:

ROPES & GRAY LLP
Harvey J. Wolkoff
One International Place
Boston Massachusetts 02110

DEBEVOISE & PLIMPTON LLP
Edwin G. Schallert
919 Third Avenue
New York, NY 10022

KELLER ROHRBACK LLP
Lynn L. Sarko
1201 Third Avenue, Suite 3200
Seattle, Washington 98101

/Gail Gaddis

William C. Fredericks (WF-1576)
Wallace Showman (WS-0881)
Jonathan Harris (JH-3047)
Jerald D. Bien-Willner
BERNSTEIN LITOWITZ BERGER
   & GROSSMANN LLP
1285 Avenue of the Americas
New York, New York 10019
Phone: (212) 554-1400
Fax: (212) 554-1444

Lynn L. Sarko (LS-3700)
Derek W. Loeser (DL-6712)
Karin B. Swope (KS-3369)
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, Washington 98101
Phone: (206) 623-1900
Fax: (206) 623-3384

Jeffrey C. Block (JCB 0387)
Patrick T. Egan
Kristen D. Tremble
BERMAN, DEVALERIO PEASE
   TABACCO BURT & PUCILLO
One Liberty Square
Boston, Massachusetts 02109
Telephone: (617) 542-8300
Facsimile: (617) 542-1194

*Attorneys for Plaintiffs and the Class*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE STATE STREET BANK AND TRUST CO. ERISA LITIGATION<br>This documents relates to:<br><br>07-CV-8488<br>07-CV-9319<br>07-CV-9687<br>08-CV-0265 | 07 Civ. 8488 (RJH)<br>Consolidated Actions |

**AFFIDAVIT OF JONATHAN A. HARRIS IN SUPPORT OF**
**MOTION TO ADMIT LAURA R. GERBER *PRO HAC VICE***

Jonathan A. Harris declares pursuant to 28 U.S.C. § 1746 as follows:

1. I am Counsel to the firm of Bernstein Litowitz Berger & Grossmann LLP, co-counsel for Plaintiffs, on behalf of themselves and all others similarly situated, in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my knowledge of the facts set forth herein and in support of Plaintiffs' Motion to admit Laura R. Gerber as counsel *pro hac vice* to represent Plaintiffs in this matter.

2. I am a member in good standing of the bar of the state of New York, and was admitted to practice law on June 4, 1990. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Ms. Gerber for several months and I am familiar with her practice.

4. Mr. Gerber is associated with Keller Rohrback, L.L.P.

5. I have found Mr. Gerber to be a skilled attorney and a person of integrity. She is experienced in Federal practice and is familiar with the Federal Rules of Civil Procedure. See also the accompanying Affidavit of Laura R. Gerber to which a Certificate of Good Standing is attached as an exhibit.

6. Accordingly, I am pleased to move the admission of Laura R. Gerber, *pro hac vice*.

7. A proposed order granting the admission of Laura R., *pro hac vice* is provided herewith for the Court's convenience.

WHEREFORE, it is respectfully requested that the Motion to admit Laura R. Gerber, *pro hac vice*, to represent Plaintiffs in the above captioned matter, be granted.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 24, 2008 at New York, New York.

_____
Jonathan A. Harris (JH 3047)


_Laura Marioni_____

LAURA MARIONI
Notary Public - State of New York
NO. 01MA6043496
Qualified in Queens County
My Commission Expires 6/19/2010

Jonathan A. Harris
Avi Josefson
Gerald H. Silk
BERNSTEIN LITOWITZ BERGER
 & GROSSMANN LLP
1285 Avenue of the Americas
New York, New York 10019
Phone: (212) 554-1400
Fax: (212) 554-1444

Lynn L. Sarko
Derek W. Loeser
Karin B. Swope
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, Washington 98101
Phone: (206) 623-1900
Fax: (206) 623-3384

*Attorneys for Plaintiff and the Class*

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE STATE STREET BANK AND TRUST CO. ERISA LITIGATION | No. 07 Civ. 8488 (RJH) |
| This document relates to: | **AFFIDAVIT OF LAURA R. GERBER IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE*** |
| No. 07 Civ. 8488<br>No. 07 Civ. 9319<br>No. 07 Civ. 9687<br>No. 08 Civ. 0265 | |

LAURA R. GERBER, an attorney duly admitted to practice in the Courts of this State of Washington, declares, pursuant to the Individual Rules and Procedures of this Court and Rule 1.3(c) of the Local Rules of the United States District Court for the Southern District of New York, as follows:

1. I am an attorney with the law firm of Keller Rohrback L.L.P., Co-Counsel for Plaintiff, The Andover Companies Employees' Savings and Profit Sharing Plan, on behalf of itself and all others similarly situated, in the above-captioned matters with Jonathan A. Harris at the office of Bernstein Litowitz Berger & Grossmann LLP.

2. I submit this Affidavit in support of Plaintiffs' Motion for my admission to practice *pro hac vice* in this matter to argue or try this particular case in whole or in part as counsel or advocate.

3. As shown in the Certificate of Good Standing issued by the Supreme Court of the State of Washington and attached hereto as Exhibit 1, I am a member in good standing of the Bar of the State of Washington.

4. There are no pending disciplinary proceedings against me in any State or Federal court.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 5, 2008, at Seattle, Washington.

_Laura R. Gerber_
LAURA R. GERBER

SUBSCRIBED AND SWORN TO before me this 5th day of June, 2008.

_Natalie A. Stephens_
Print Name:
NOTARY PUBLIC in and for the State of Washington; residing at: Seattle
My commission expires: 4/20/11

Executed on June 24, 2008 in New York, New York

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**

_Jonathan A. Harris_
Jonathan A. Harris
Avi Josefson
Gerald H. Silk
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 554-1400
Facsimile: (212) 554-1444

# IN THE SUPREME COURT OF THE STATE OF WASHINGTON

| | | |
|---|---|---|
| IN THE MATTER OF THE ADMISSION | ) ) | BAR NO.34981 |
| OF | ) ) | **CERTIFICATE OF GOOD** |
| LAURA R. GERBER | ) ) | **STANDING** |
| TO PRACTICE IN THE COURTS OF THIS STATE | ) ) ) | |

I, Ronald R. Carpenter, Clerk of the Supreme Court of the State of Washington, hereby certify

LAURA R. GERBER

was regularly admitted to practice as an Attorney and Counselor at Law in the Supreme Court and all the Courts of the State of Washington on June 11, 2004, and is now and has continuously since that date been an attorney in good standing, and has a current status of active.



IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of said Court this 9th day of June, 2008.

Ronald R. Carpenter
Supreme Court Clerk
Washington State Supreme Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE STATE STREET BANK AND TRUST CO. ERISA LITIGATION<br><br>This documents relates to<br><br>07 Civ. 8488<br>07-CV-9319<br>07-CV-9687<br>08 Civ. 0265 | 07 Civ. 8488 (RJH)<br>Consolidated Actions |

### [PROPOSED] ORDER FOR ADMISSION OF LAURA R. GERBER *PRO HAC VICE* ON WRITTEN MOTION

Upon the motion of Jonathan A. Harris, co-counsel for Plaintiffs in the above captioned cases, and the Affidavits of Mr. Harris and Laura R. Gerber in support:

IT IS HEREBY ORDERED that Laura R. Gerber, of Keller Rohrback, L.L.P., 1201 Third Avenue, Seattle, Washington 98101-3052, Telephone: (206) 623-1900, Facsimile: (206) 623- 3384, E-mail: lgerber@kellerrohrback.com, is admitted to practice *pro hac vice* as counsel for Plaintiffs in the above captioned cases in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of the Court.

SO ORDERED

_____
Richard J. Holwell, U.S.D.J

_____, 2008