UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE STATE STREET BANK AND TRUST CO. ERISA LITIGATION<br><br>This document relates to:<br><br>No. 07 Civ. 8488<br>No. 07 Civ. 9319<br>No. 07 Civ. 9687<br>No. 08 Civ. 0265 | 07 Civ. 8488 (RJH) |

## NASHUA PLAINTIFFS' NOTICE OF WITHDRAWAL OF KAREN ADAMS AS A NAMED PLAINTIFF

Plaintiffs Nashua Corporation Pension Plan Committee, John L. Patenaude, and Margaret Callan ("Plaintiffs"), by and through their counsel, hereby withdraw Karen Adams as a named plaintiff from the above-captioned cases. On July 2, 2008, Ms. Adams resigned from the Nashua Corporation Pension Plan Committee and is no longer employed by Nashua Corporation.

John L. Patenaude and Margaret Callan are the remaining members of the Nashua Corporation Pension Plan Committee and will continue to serve as Lead Plaintiffs in this consolidated action by Order of the Court on January 31, 2008 and prosecute this action on behalf of Plaintiffs.

Dated: July 8, 2008

**BERMAN DEVALERIO PEASE TABACCO BURT & PUCILLO**

By: __/s/ Jeffrey C. Block__

Jeffrey C. Block (JCB 0387)
Patrick T. Egan
Abigail R. Romeo
One Liberty Square
Boston, Massachusetts 02109
Telephone: (617) 542-8300
Facsimile: (617) 542-1194

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as on the Notice of Electronic Filing (NEF).  At this time, I am not aware of any non-registered participants.

/s/ Jeffrey C. Block