UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/8/08
```

------------------------------------x
IN RE STATE STREET BANK AND         :
TRUST CO. ERISA LITIGATION          :   07 Civ. 8488 (RJH)
                                    :
This document relates to:           :
                                    :   [PROPOSED] ORDER GRANTING
07 Civ. 9319                        :   PLAINTIFFS' MOTION FOR LEAVE
07 Civ. 9687                        :   TO FILE A CONSOLIDATED
08 Civ. 0265                        :   AMENDED COMPLAINT
                                    :
                                    :
                                    :
------------------------------------x

### [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE A CONSOLIDATED AMENDED COMPLAINT - [58] in 07 Civ. 8488

Whereas Plaintiffs have moved for leave to file their Consolidated Amended Complaint,

NOW, THEREFORE, IT IS ORDERED that:

Plaintiffs are granted leave to file their Consolidated Amended Complaint. Plaintiffs are directed to file the amended complaint within 10 days of the entry of this Order.

Dated this __8__ day of __August__, 2008.

_____
United States District Judge