UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE STATE STREET BANK AND TRUST CO.
ERISA LITIGATION

07 Civ. 8488 (RJH)
Consolidated Actions

This documents relates to

07 Civ. 8488
07-CV-9319
07-CV-9687
08 Civ. 0265

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/8/08

[PROPOSED] ORDER FOR ADMISSION OF
LAURA R. GERBER *PRO HAC VICE* ON WRITTEN MOTION

Upon the motion of Jonathan A. Harris, co-counsel for Plaintiffs in the above captioned cases, and the Affidavits of Mr. Harris and Laura R. Gerber in support:

IT IS HEREBY ORDERED that Laura R. Gerber, of Keller Rohrback, L.L.P., 1201 Third Avenue, Seattle, Washington 98101-3052, Telephone: (206) 623-1900, Facsimile: (206) 623-3384, E-mail: lgerber@kellerrohrback.com, is admitted to practice *pro hac vice* as counsel for Plaintiffs in the above captioned cases in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of the Court.

SO ORDERED

Richard J. Holwell, U.S.D.J

_____, 2008