UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

IN RE STATE STREET BANK AND TRUST
CO. ERISA LITIGATION

This document relates to:

07 Civ. 8488
07 Civ. 9319
07 Civ. 9687
08 Civ. 265

07 Civ. 8488 (RJH)

**ORDER**

---

Defendants in the above-captioned actions have filed motions to transfer these actions to the District of Massachusetts pursuant to 28 U.S.C. § 1404(a), which provides that "[f]or the convenience of the parties and witnesses, in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought."

On June 16, 2008, the Judicial Panel on Multidistrict Litigation ("MDL Panel") ordered the centralization for coordinated or consolidated pretrial proceedings before this Court of these four actions, along with two related actions that had been filed in the Southern District of Texas. The MDL Panel found that centralization would "serve the convenience of the parties and witnesses and promote the just and efficient conduct of this litigation," "eliminate duplicative discovery; prevent inconsistent pretrial rulings; and conserve the resources of the parties, their counsel and the judiciary," and "ensure streamlined resolution of this litigation to the overall benefit of the parties and the judiciary."

In light of the decision of the MDL Panel that these actions should be centralized before this Court, Defendants' motions to transfer ([21] **in 07 Civ. 8488;** [21] **in 07 Civ. 9319;** [15] **in 07 Civ. 9687;** [6] **in 08 Civ. 265**) are DENIED.

SO ORDERED.

Dated: New York, New York
       August 7, 2008

_____
Richard J. Holwell
United States District Judge