UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE STATE STREET BANK AND TRUST CO. ERISA LITIGATION | : <br> : <br> : <br> : |
| This document relates to: | : <br> : No. 07 Civ. 8488 (RJH) |
| No. 07 Civ. 8488 <br> No. 07 Civ. 9319 <br> No. 07 Civ. 9687 <br> No. 08 Civ. 0265 <br> No. 07 Civ. 4089 <br> No. 08 Civ. 0333 | : <br> : <br> : <br> : <br> : <br> : |

**<u>NOTICE OF APPEARANCE</u>**

PLEAS TAKE NOTICE that David S. Preminger hereby enters his appearance as Counsel for Plaintiffs Nancy Haugen, Michael F. Magnan, Karen L. Magnan, Presley C. Phillips, Andrea M. Phillips, and Cindy Schurgin and Co-Lead Counsel and Interim Class Counsel for Plaintiffs in the above-captioned consolidated action.

Dated: New York, NY  
      August 26, 2008

Respectfully submitted,  
KELLER ROHRBACK L.L.P.

By: /s/ *David S. Preminger*  
David S. Preminger (DP-1057)  
275 Madison Ave.  
Suite 1425  
New York, NY  10016  
Tel: (212) 878-8890  
Fax: (212) 878-8895  
dpreminger@kellerrohrback.com