UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| IN RE STATE STREET BANK AND TRUST CO. ERISA LITIGATION<br><br>This document relates to:<br><br>No. 07 Civ. 8488<br>No. 07 Civ. 9319<br>No. 07 Civ. 9687<br>No. 08 Civ. 0265<br>No. 08 Civ. 5440<br>No. 08 Civ. 5442 | No. 07 Civ. 8488 (RJH) |

## AMENDED NOTICE OF APPEARANCE

PLEAS TAKE NOTICE that David S. Preminger hereby enters his appearance as Co-Lead Counsel and Interim Class Counsel for Plaintiffs in the above-captioned consolidated action.

Dated: New York, NY
　　　　August 26, 2008

Respectfully submitted,
KELLER ROHRBACK L.L.P.

By: /s/ *David S. Preminger*
David S. Preminger (DP-1057)
275 Madison Ave.
Suite 1425
New York, NY 10016
Tel: (212) 878-8890
Fax: (212) 878-8895
dpreminger@kellerrohrback.com