USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILLED: ___9/30/09___

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

IN RE STATE STREET BANK AND TRUST
CO. ERISA LITIGATION

07 **CIVIL** 8488 (RJH)

### JUDGMENT

This document relates to:

07 Civ. 8488.

-------------------------------------------------------X

State Street having moved to dismiss the complaint pursuant to Fed. R. Civ. P. 12(b)(1)

and 12(b)(6), and the matter having come before the Honorable Richard J. Holwell, United States

District Judge, and the Court, on September 30, 2008, having rendered its Memorandum Opinion

and Order denying State Street's motion to dismiss for lack of standing, denying State Street's

motion for summary judgment, and granting State Street's Rule 12(b)(6) motion to dismiss, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the

Court's Memorandum Opinion and Order dated September 30, 2008, State Street's motion to dismiss

for lack of standing is denied; State Street's motion for summary judgment is denied; and State

Street's Rule 12(b)(6) motion to dismiss is granted.

**Dated:** New York, New York
       September 30, 2008

J. MICHAEL McMAHON

_____
Clerk of Court

BY:

_____
Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____