

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE STATE STREET BANK AND TRUST )
CO. FIXED INCOME FUNDS INVESTMENT )
LITIGATION )
)
This document relates to: )
)
07 Civ. 9319 )
07 Civ. 9687 )
08 Civ. 0265 )
)

07 cv 8488

No. 08 MD 1945 (RJH)

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/10/08
```

### STIPULATION AND [PROPOSED] ORDER
### EXTENDING TIME TO RESPOND TO COUNTERCLAIM

TO THE HONORABLE COURT:

On August 22, 2008, Plaintiffs Alan Kober, Warren Cohen, John L. Patenaude, Margaret Callan, Alan Gordon, and Glenn Kingsbury (the "Named Plaintiffs"), on behalf of the ERISA plans, and the participants and beneficiaries thereof, filed their Consolidated Amended Complaint.

On October 17, 2008, Defendants State Street Trust & Bank Company and State Street Global Advisors, Inc. answered the Consolidated Amended Complaint and asserted a counterclaim for contribution and/or indemnification against Named Plaintiffs as well as all other unidentified fiduciaries of the Class member Plans ("State Street's Class Counterclaim").

Under the Federal Rules, the Named Plaintiffs' presumptive deadline for answering, moving, or otherwise responding to State Street's Class Counterclaim is November 6, 2008.

The parties have conferred and have agreed to an extension of the deadline as follows.

IT IS HEREBY STIPULATED AND AGREED, as evidenced by the signature of counsel hereto, and subject to Court approval, that:

1. Named Plaintiffs in the above-captioned action shall not be required to move, answer, or otherwise respond to the State Street Class Counterclaim filed in the above-captioned action until November 26, 2008.

2. By entering into this stipulation, Named Plaintiffs do not waive any defenses that otherwise could be asserted through a motion pursuant to Fed.R.Civ.P.12 or otherwise.

Dated: New York, New York
November 3, 2008

By: Jerald Bien-Willner (on behalf of all Counsel for Named Class Plaintiffs, with permission)
William C. Fredericks
Jonathan Harris
Jerald D. Bien-Willner (*pro hac vice*)
BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP
1285 Avenue of the Americas
New York, New York 10019
Phone: (212) 554-1400
Fax: (212) 554-1444

Lynn L. Sarko
Derek W. Loeser
Karin B. Swope
Laura R. Gerber
KELLER ROHRBACK LLP
1201 Third Avenue, Suite 3200
Seattle, Washington 98101
Phone: (206) 623-1900
Fax: (206) 623-3384

Jeffrey C. Block
Patrick T. Egan
BERMAN DEVALERIO PEASE
   TABACCO BURT & PUCILLO
One Liberty Square, 8th Floor
Boston, Massachusetts 02109
Phone: (617) 542-8300
Fax: (617)-542-1194

*Attorneys for Named Class Plaintiffs /
Counterclaim Defendants Alan Kober,
Warren Cohen, John L. Patenaude,
Margaret Callan, Alan Gordon, and Glenn
Kingsbury*

_____ /by TSW
Ropes & Gray LLP        with permission
Harvey J. Wolkoff
Robert A. Skinner
Olivia S. Choe
One International Place
Boston, MA 02110
Tel: (617) 951-7000
harvey.wolkoff@ropesgray.com
robert.skinner@ropesgray.com
olivia.choe@ropesgray.com

*Attorneys for Defendant/Counterclaim
Plaintiff State Street Bank and Trust
Company and Defendant State Street Global
Advisors, Inc.*

SO ORDERED this **6** day of November, 2008.

_____
United States District Judge
RICHARD J. HOLWELL

3