UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

IN RE STATE STREET BANK AND TRUST : 
CO. ERISA LITIGATION :
:
This document relates to: :
: No. 07 Civ. 8488 (RJH)
No. 07 Civ. 9319 :
No. 07 Civ. 9687 :
No. 08 Civ. 0265 :
:
:

# NOTICE OF LEAD PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law in Support of Lead Plaintiffs' Motion for Class Certification and supporting materials, Lead Plaintiffs, Warren Cohen as Trustee of the Unisystems, Inc. Employees' Profit Sharing Plan, Alan Kober as Trustee of the Andover Companies Employees Savings and Profit Sharing Plan, and John L. Patenaude as a member of the Nashua Corporation Pension Plan Committee on behalf of the Nashua Corporation Hourly Employees Retirement Plan and the Nashua Corporation Retirement Plan for Salaried Employees, will move this Court before the Honorable Richard J. Holwell, United States District Judge, at the United States Courthouse for the Southern District of New York, 500 Pearl Street, on a date and at such time as may be designated by the Court, for an order pursuant to Fed. R. Civ. P. 23: (1) certifying a plaintiff class (as defined in the proposed order accompanying Lead Plaintiffs' Memorandum of Law), (2) appointing Lead Plaintiffs as representative of the class, and (3) appointing the law firms of Bernstein Litowtiz Berger & Grossmann LLP, Keller Rohrback LLP, and Berman DeValerio Pease Tabacco Burt & Pucillo as Class Counsel upon certification of the Class.

Dated:  December 1, 2008

Respectfully Submitted,

By: _____
    Jerald D. Bien-Willner (On behalf of all
    Lead Counsel, with permission)

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**
William C. Fredericks (WF-1576)
Jonathan Harris (JH-3047)
Jerald D. Bien-Willner (*pro hac vice*)
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 554-1400
Facsimile: (212) 554-1444

**KELLER ROHRBACK LLP**
Lynn L. Sarko (LS-3700)
Derek W. Loeser (DL-6712)
Karin B. Swope (KS-3369)
Laura R. Gerber
1201 Third Avenue, Suite 3200
Seattle, Washington 98101
Telephone: (206) 623-1900
Facsimile: (206) 623-3384

**BERMAN, DEVALERIO PEASE TABACCO BURT & PUCILLO**
Jeffrey C. Block (JCB 0387)
Patrick T. Egan
Kristen D. Tremble
One Liberty Square
Boston, Massachusetts 02109
Telephone:  (617) 542-8300
Facsimile:  (617) 542-1194

*Co-Lead Counsel and Proposed Class Counsel*