UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE STATE STREET BANK AND TRUST CO. ERISA LITIGATION | MDL DOCKET No. 1945 |
| This document relates to: | No. 07 Civ. 8488 (RJH) |
| No. 07 Civ. 9319<br>No. 07 Civ. 9687<br>No. 08 Civ. 0265 | ECF Case |

## NOTICE OF MOTION

PLEASE TAKE NOTICE THAT, upon the annexed Memorandum of Law, the Declaration of Derek W. Loeser, Esq., sworn to on March 9, 2009, and the exhibits attached thereto, the Plaintiff Plan Trustees[1] ("Plaintiffs") will move before The Honorable Richard J. Holwell, United States District Judge, at Courtroom 17B, of the United States District

---

[1] The Plaintiff Plan Trustees (referred to herein as the "Plan Trustees") consist of Lead Plaintiffs Alan Kober (Trustee of The Andover Companies Employee Savings and Profit Sharing Plan (the "Andover Plan")); Warren Cohen (Trustee of the Unisystems, Inc., Employees' Profit Sharing Plan (the "Unisystems Plan")); and John L. Patenaude and Margaret Callan (members of the Nashua Corporation Pension Plan Committee (the "Nashua Plan")), and non-lead additional plaintiffs Glenn Kingsbury (Trustee of the New England Electrical Workers Benefit Fund (the "NEEW Plan"), and Alan Gordon (Trustee of the AGMA Retirement Plan and AGMA Health Fund (the "AGMA Plans"). SSgA refers to the Plaintiff Plan Trustees, together with the unnamed trustees of all other Plans in the Class, as the "Trustee Counterclaim Defendants."

Courthouse, 500 Pearl Street, New York, New York 10007, on March 24, 2009, or as soon thereafter as counsel can be heard, for an order pursuant to Federal Rules of Civil Procedure 8(a) and 12(b)(6), dismissing with prejudice the Counterclaims filed by State Street Bank and Trust Company and State Street Global Advisors, Inc. (collectively, "SSgA") against the Plaintiff Plan Trustees and various unnamed trustees for all other unnamed Plans that are members of the proposed plaintiff class.

Dated: March 9, 2009                     Respectfully submitted,

s/ Derek W. Loeser
**(On behalf of all Counsel for Named Class Plaintiffs, with permissions)**
**KELLER ROHRBACK LLP**
Lynn L. Sarko (LS-3700)
Derek W. Loeser (DL-6712)
Karin B. Swope (KS-3369)
Laura R. Gerber
1201 Third Avenue, Suite 3200
Seattle, Washington 98101
Telephone: (206) 623-1900
Facsimile: (206) 623-3384

Gary Gotto
3101 North Central Avenue
Suite 1400
Phoenix, AZ 85012
Telephone: (602) 248-0088
Facsimile: (602) 248-2822

David Preminger (DP-1057)
275 Madison Avenue, Suite 1425
New York, NY 10016
Telephone: (212) 878-8890
Facsimile: (212) 878-8895

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**
William C. Fredericks (WF-1576)
Jonathan Harris (JH-3047)
Jerald D. Bien-Willner
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 554-1400
Facsimile: (212) 554-1444

**BERMAN DEVALERIO**
Jeffrey C. Block (JCB 0387)
Patrick T. Egan
Kristen D. Tremble
One Liberty Square
Boston, Massachusetts 02109
Telephone:  (617) 542-8300
Facsimile:  (617) 542-1194

*Co-Lead Counsel and Interim Class Counsel*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 9, 2009, I caused a true and correct copy of the foregoing document to be served upon the following counsel of record by email.

s/ Derek W. Loeser

| | | |
|---|---|---|
| Harvey J. Wolkoff<br>Robert A. Skinner<br>Daniel Maher<br>**ROPES & GRAY LLP**<br>One International Place<br>Boston, MA 02110<br>Telephone: (617)-951-7000<br>Facsimile: (617)-951-7050<br>harvey.wolkoff@ropesgray.com<br>robert.skinner@ropesgray.com<br>daniel.maher@ropesgray.com<br><br>Jerome C. Katz, Esq.<br>1211 Avenue of the Americas<br>New York, NY 10036-8704<br>jerome.katz@ropesgray.com<br><br>*Counsel for Defendants State Street Bank and Trust Company and State Street Global Advisors, Inc.* | William C. Fredericks<br>Jonathan Harris<br>Jerald Bien-Willner<br>**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**<br>1285 Avenue of the Americas<br>New York, NY 10019<br>Telephone: (212) 554-1400<br>Facsimile: (212) 554-1444<br>Bill@blbglaw.com<br>Jonathan@blbglaw.com<br>JerryB@blbglaw.com<br><br>*Counsel for the Lead Class Plaintiff Warren Cohen as Trustee of the Unisystems Plan, and Interim Lead Counsel for the Class* | Jeffrey C. Block<br>Patrick T. Egan<br>Kristen D. Tremble<br>**BERMAN DEVALERIO**<br>One Liberty Square<br>Boston, MA 02109<br>Telephone: (617) 542-8300<br>Facsimile: (617) 542-1194<br>jblock@bermanesq.com<br>pegan@bermanesq.com<br>ktremble@bermanesq.com<br><br>*Counsel for the Lead Class Plaintiffs John L. Patenaude and Margaret Callan as Fiduciaries of the Nashua Plan, and Interim Lead Counsel for the Class* |
| Robert Roy Burford<br>**BURFORD & MANEY, P.C.**<br>700 Louisiana, Ste. 4600<br>Houston, Texas 77002<br>Telephone: (713) 237-1111<br>Facsimile: (713) 222-1475<br>*rburford@burfordmaney.com*<br><br>*COUNSEL for Plaintiff Houston Police Officers' Pension System* | Caren S. Sweetland<br>Tracy Dodds Larson<br>**GIBBS & BRUNS, L.L.P.**<br>1100 Louisiana, Ste. 5300<br>Houston, Texas 77002<br>Telephone: (713) 650-8805<br>Facsimile: (713) 750-0903<br>csweetland@gibbs-bruns.com<br>tlarson@gibbs-bruns.com<br><br>*LEAD COUNSEL for Plaintiff Houston Police Officers' Pension System* | Samuel H. Rudman<br>David A. Rosenfeld<br>Evan J. Kaufman<br>**COUGHLIN, STOIA, GELLER, RUDMAN & ROBBINS, LLP**<br>58 S. Service Road, Ste. 200<br>Melville, NY 11747<br>srudman@csgrr.com<br>drosenfeld@csgrr.com<br>ekaufman@csgrr.com<br><br>*COUNSEL for Plumbers and Steamfitters Union Local No. 10 Health & Welfare Fund* |

| | | |
|---|---|---|
| Edwin G. Schallert<br>Gordon Eng<br>Steve Klugman<br>Matthew D. Siegel<br>**DEBEVOISE & PLIMPTON, LLP**<br>919 Third Avenue<br>New York, NY 10022<br>Direct : (212) 909-6295<br>Telephone: (212) 909-6000<br>Facsimile: (212) 909-6836<br>egschall@debevoise.com<br>mdsiegel@debevoise.com<br>geng@debevoise.com<br>sklugman@debevoise.com<br><br>*Counsel for Plaintiff Prudential Retirement Insurance and Annuity Company* | Charles R. Parker<br>John R. Nelson<br>Sarah A. Tubbs<br>**LOCKE LORD BISSSELL & LIDDELL LLP**<br>600 Travis, Ste 3400<br>Houston, TX 77002-3095<br>Telephone: (713) 226-1469<br>Facsimile: (713) 229-2632<br>cparker@lockelord.com<br>jnelson@lockelord.com<br>stubbs@lockelord.com<br><br>*LEAD ATTORNEY for Plaintiffs Memorial Hermann Healthcare System and the Health Professionals Insurance Company, Ltd.* | Geoffrey Alan Gannaway<br>**BECK REDDEN ET AL**<br>1221 McKinney, Ste 4500<br>Houston, TX 77010<br>Telephone: (713) 951-3700<br>Facsimile: (713) 951-3720<br>ggannaway@brsfirm.com<br><br>*ATTORNEY for Plaintiff Memorial Hermann Healthcare System and the Health Professionals Insurance Company, Ltd.* |
| George M. Gowen, III<br>Stuart A. Weiss, Esq.<br>**COZEN O'CONNER**<br>1900 Market St., Fourth Floor<br>Philadelphia, PA 19103<br>Phone: (215)665-2000<br>Fax: (215)665-2013<br>ggowen@cozen.com<br>sweiss@cozen.com<br><br>*Counsel for Cambridge Financial Services, Inc. and Ernest A. Li* | Michele Bryant<br>Thomas J. Kimpel<br>**BAMBERGER, FOREMAN, OSWALD AND HAHN, LLP**<br>20 NW 4th Street, 7th Floor<br>P.O.Box 657<br>Evansville, Indiana 47707-0657<br>Phone: (812)425-1591<br>Fax: (812)421-4936<br>mbryant@bamberger.com<br>tkimpel@bamberger.com<br><br>*Counsel for Welborn Baptist Foundation, Inc* | Richard B. Walsh, Jr.<br>David B. Helms<br>R. Bradley Ziegler<br>**LEWIS, RICE, FINGERSH, L.C.**<br>500 N. Broadway, Ste. 2000<br>St. Louis, Missouri 63102<br>Phone: (314)444-7600<br>rwalsh@lewisrice.com<br>dhelms@lewisrice.com<br>bziegler@lewisrice.com<br><br>*Counsel for Welborn Baptist Foundation, Inc* |
| Douglas Spaulding<br>**REED SMITH LLP**<br>1301 K Street NW #1100<br>Suite 1100 – East Tower<br>Washington, D.C. 20005<br>Phone: (202)414-9200<br>Fax: (202)414-9299<br>dspaulding@reedsmith.com<br><br>*Counsel for Yanni Partners, Inc.* | David E. Lurie<br>Thomas Lent<br>**LURIE & KRUPP, LLP**<br>One McKinley Square<br>Boston, MA 02109<br>Phone: (617) 367-1970<br>Fax: (617) 367-1971<br>dlurie@luriekrupp.com<br>tlent@luriekrupp.com<br><br>*Counsel for FW Webb* | Bob Dyer<br>Jeffrey A. Berens<br>Darby Kennedy<br>**DYER & BERENS LLP**<br>682 Grant Street<br>Denver, CO 80203<br>Telephone: (303) 861-1764<br>Facsimile: (303) 395-0393<br>bob@dyerberens.com<br>jeff@dyerberens.com<br>darby@dyerberens.com<br>*Counsel for Plaintiffs FW Webb* |