UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

IN RE STATE STREET BANK AND
TRUST CO. FIXED INCOME FUNDS
INVESTMENT LITIGATION

MDL No. 1945

---

IN RE STATE STREET BANK AND
TRUST CO. ERISA LITIGATION

This document relates to:

No. 07 Civ. 8488 (RJH)

07 Civ. 9319
07 Civ. 9687
08 Civ. 0265

---

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/2/09

### STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE FOR PLAINTIFF PLAN TRUSTEES/TRUSTEE COUNTERCLAIM DEFENDANTS' MOTION TO DISMISS STATE STREET'S COUNTERCLAIMS

TO THE HONORABLE COURT:

On March 3, 2009, Plaintiff Plan Trustees and Trustee Counterclaim Defendants ("Plaintiffs") in the above-captioned ERISA class action served their Motion To Dismiss State Street's Counterclaims (the "Motion") and supporting papers on State Street, pursuant to discussions at the January 15, 2009 Court hearing. Under Local Civil Rule 6.1 of the Local Rules of the United States District Courts for the Southern and Eastern District of New York, State Street's Opposition to the Motion would have been due on March 17, 2009, and Plaintiffs' Reply brief in support of the Motion would have been due on March 24, 2009.

The parties have conferred and have agreed to extend the briefing period for both State Street's Opposition brief and Plaintiffs' Reply brief. State Street's Opposition brief will be

served on Plaintiffs on April 7, 2009. Plaintiffs' Reply Brief will be served on State Street by April 24, 2009.

IT IS HEREBY STIPULATED AND AGREED, as evidenced by the signature of counsel hereto, and subject to Court approval, that:

1. State Street shall not be required to serve its Opposition to Plaintiffs' Motion to Dismiss State Street's Counterclaims until April 7, 2009.

2. Plaintiffs shall not be required to serve any reply in support of the Motion to Dismiss State Street's Counterclaims until April 24, 2009.

Dated: March 27, 2009

*[signature]*
(On behalf of all Class Plaintiffs, with authority)

Lynn L. Sarko
Derek W. Loeser
Karin B. Swope
Laura R. Gerber
KELLER ROHRBACK LLP
1201 Third Avenue, Suite 3200
Seattle, Washington 98101
Phone: (206) 623-1900
Fax: (206) 623-3384

William C. Fredericks
Jonathan Harris
Jerald D. Bien-Willner
John M. Diaz
BERNSTEIN LITOWITZ BERGER &
GROSSMANN LLP
1285 Avenue of the Americas
New York, New York 10019
Phone: (212) 554-1400
Fax: (212) 554-1444

| | |
|---|---|
| Jeffrey C. Block<br>Patrick T. Egan<br>Kristen D. Tremble<br>BERMAN DEVALERIO<br>One Liberty Square, 8th Floor<br>Boston, Massachusetts 02109<br>Phone: (617) 542-8300<br>Fax: (617) 542-1194<br><br>*Attorneys for Class Plaintiffs* | *Daniel Maher* /HJP<br>Harvey J. Wolkoff<br>Robert A. Skinner<br>Daniel J. Maher<br>Lila A. Palmer<br>ROPES & GRAY LLP<br>One International Place<br>Boston, MA 02110<br>Tel: (617) 951-7000<br>Fax: (617) 951-7050<br>harvey.wolkoff@ropesgray.com<br>robert.skinner@ropesgray.com<br>daniel.maher@ropesgray.com<br>lila.palmer@ropesgray.com<br><br>*Attorneys for Defendant/Counterclaim Plaintiff State Street Bank and Trust Company* |

SO ORDERED this 2 day of April, 2009.

_____
United States District Judge