UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| IN RE STATE STREET BANK AND TRUST CO. ERISA LITIGATION | : : : : |
| This document relates to: | : : | 
| No. 07 Civ. 9319<br>No. 07 Civ. 9687<br>No. 08 Civ. 0265 | : : : : : |

MDL DOCKET No. 1945
Master File No. 07 Civ. 8488 (RJH)

## LEAD PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF PROPOSED SETTLEMENT WITH STATE STREET BANK AND TRUST COMPANY

PLEASE TAKE NOTICE that, pursuant to permission of the Court at the hearing held on September 17, 2009, the undersigned attorneys for Lead Plaintiffs Warren Cohen as Trustee of the Unisystems, Inc. Employees' Profit Sharing Plan, Alan Kober as Trustee of the Andover Companies Employees Savings and Profit Sharing Plan, and John L. Patenaude as a member of the Nashua Corporation Pension Plan Committee on behalf of the Nashua Corporation Hourly Employees Retirement Plan and the Nashua Corporation Retirement Plan for Salaried Employees, shall and hereby do, pursuant to Rule 23 of the Federal Rules of Civil Procedure, move before the Honorable Richard J. Holwell, United States District Judge, at the United States Courthouse for the Southern District of New York, 500 Pearl Street, on a date and at such time as may be designated by the Court, for entry of the Order Preliminarily Approving Settlement and Confirming Final Settlement Hearing, attached as Exhibit 2 to the Memorandum of Law in Support of Lead Plaintiff's Motion for Preliminary Approval of Proposed Settlement with State Street Bank and Trust Company ("Memorandum of Law") submitted herewith, in connection

with the settlement that Lead Plaintiffs have reached with State Street Bank and Trust Company, as set forth in the Stipulation and Agreement of Settlement, attached as Exhibit 1 to the Memorandum of Law.

Dated: September 18, 2009

Respectfully Submitted,

By: *s/ William Fredericks*
    William Fredericks (On behalf of all
    Lead Counsel, with permission)

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**
William C. Fredericks
Jerald D. Bien-Willner
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 554-1400
Facsimile: (212) 554-1444

**KELLER ROHRBACK LLP**
Lynn L. Sarko
Derek W. Loeser
Karin B. Swope
Laura R. Gerber
1201 Third Avenue, Suite 3200
Seattle, Washington 98101
Telephone: (206) 623-1900
Facsimile: (206) 623-3384

**BERMAN DEVALERIO**
Jeffrey C. Block
Patrick T. Egan
Kristen D. Tremble
One Liberty Square
Boston, Massachusetts 02109
Telephone: (617) 542-8300
Facsimile: (617) 542-1194

*Co-Lead Counsel and Class Counsel*