UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE STATE STREET BANK AND TRUST CO. ERISA LITIGATION<br><br>This Document Relates To:<br>No. 07 Civ. 9319<br>No. 07 Civ. 9687<br>No. 08 Civ. 0265 | MDL DOCKET No. 1945<br>Master File No. 07-cv-8488 (RJH)<br>ECF Case |

**LEAD PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF ERISA CLASS ACTION SETTLEMENT**

January 27, 2010

TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT, pursuant to the Court's November 9, 2009 Order Amending Preliminary Approval Order ("Preliminary Approval Order") (Dkt No. 179), Plaintiffs Unisystems, Inc. Employees Savings and Profit Sharing Plan, Nashua Corporation Hourly Employees Retirement Plan and Nashua Corporation Retirement Plan for Salaried Employees, through their undersigned counsel, will move this Court before the Honorable Richard J. Holwell, at the United States District Court for the Southern District of New York, 500 Pearl Street, Courtroom 17B, New York, NY 10007 at 3:00 p.m. on February 17, 2010, and do move this Court, for final approval of the ERISA class action settlement and approval of the Plan of Allocation.

This motion is based upon (i) the Memorandum of Law in Support of Lead Plaintiffs' Motion for Final Approval of Class Action Settlement, and (ii) the Joint Declaration of William C. Fredericks, Derek W. Loeser and Patrick T. Egan in Support of Lead Plaintiffs' Motion for Final Approval of Class Action Settlement and Plan of Allocation and Counsel's Motion for Award of Attorneys' Fees and Expenses, being filed concurrently herewith; and all prior proceedings had herein.

Dated: New York, New York

January 27, 2010

BERNSTEIN LITOWITZ BERGER
  & GROSSMANN LLP

By: */s/ William C. Fredericks*
    William C. Fredericks

Max W. Berger
William C. Fredericks
Jerald D. Bien-Willner
1285 Avenue of the Americas
New York, NY 10019
Telephone: 212-554-1400

Facsimile: 212-554-1444

KELLER ROHRBACK L.L.P.
Lynn L. Sarko
Derek W. Loeser
Gary A. Gotto
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Telephone: 206-623-1900
Facsimile: 206-623-3384

BERMAN DEVALERIO
Glen DeValerio
Jeffrey C. Block
Patrick T. Egan
One Liberty Square
Boston, MA 02109
Telephone: 617-542-8300

*Co-Lead Counsel for the Plaintiffs*