UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE STATE STREET BANK & TRUST CO.
ERISA LITIGATION

This Order relates to:
09 Civ. 1241

MDL No. 08-1945
07 Civ. 8488 (RJH)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/6/10

The Court will hold oral argument on defendants' motions to dismiss the complaint in *F.W. Webb*, 09 Civ. 1241, at 4:30pm on Monday, April 26, 2010.

SO ORDERED.

Dated: New York, New York
       April 6, 2010

Richard J. Holwell
United States District Judge