UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE STATE STREET BANK AND TRUST CO. FIXED INCOME FUNDS INVESTMENT LITIGATION | MDL No. 1945 |
| PRUDENTIAL RETIREMENT INSURANCE AND ANNUITY COMPANY,<br><br>    Plaintiffs,<br><br>v.<br><br>STATE STREET BANK & TRUST COMPANY and STATE STREET GLOBAL ADVISORS, INC.,<br><br>    Defendants. | No. 07 Civ. 8488 (RJH)<br><br>**ORAL ARGUMENT REQUESTED** |

**STATE STREET'S MOTION FOR SUMMARY JUDGMENT**

Defendant State Street Bank and Trust Company ("State Street"), based upon the accompanying Rule 56.1 Statement of Undisputed Material Facts, Declaration of Lila A. Palmer with attached exhibits 1-95, dated June 2, 2010, Declaration of Andrew S. Carron with attached exhibit A, dated June 2, 2010, and Memorandum of Law in Support, and upon all the pleadings and proceedings heretofore had herein, hereby moves this Court for an order granting summary judgment in favor of defendant dismissing with prejudice all claims asserted against it in plaintiffs' Complaint, and granting defendant such other relief in its favor as the Court deems proper. Pursuant to Your Honor's Individual Practices, State Street requests oral argument.

| | |
|---|---|
| Dated: June 2, 2010 | ROPES & GRAY LLP |
| | |
| | By: /s/ Harvey J. Wolkoff |
| | Harvey J. Wolkoff |
| | Robert A. Skinner |
| | Daniel J. Maher |
| | One International Place |
| | Boston, MA 02110 |
| | Tel: (617) 951-7000 |
| | Fax: (617) 951-7050 |
| | harvey.wolkoff@ropesgray.com |
| | robert.skinner@ropesgray.com |
| | daniel.maher@ropesgray.com |
| | |
| | *Attorneys for Defendant State Street Bank and Trust Company* |

**CERTIFICATE OF SERVICE**

      I hereby certify that on June 2, 2010, I caused a true and correct copy of the foregoing document to be served upon the following counsel of record electronically.

      /s/ Lila A. Palmer
      Lila A. Palmer

| | |
|---|---|
| Edwin G. Schallert<br>Jeremy Klatell<br>DEBEVOISE & PLIMPTON LLP<br>919 Third Avenue<br>New York, NY 10022 | John R. Nelson<br>LOCKE LORD BISSELL & LIDDELL LLP<br>100 Congress, Suite 300<br>Austin, TX 78701 |
| Caren S. Sweetland<br>GIBBS & BRUNS LLP<br>1100 Louisiana, Suite 5300<br>Houston, TX 77002 | Robert Burford<br>BURFORD & MANEY PC<br>700 Louisiana, Suite 4600<br>Houston, TX 77002 |
| John J. Butts, Esq.<br>Steven Cherry<br>Felicia Ellsworth<br>Kevin Prussia<br>WILMER CUTLER PICKERING HALE AND DORR LLP<br>60 State Street<br>Boston, MA 02109 | Thomas J. Dougherty<br>Peter Simshauser<br>Michael S. Hines<br>SKADDEN ARPS SLATE MEAGHER & FLOM LLP<br>One Beacon Street<br>Boston, Massachusetts 02108 |
| Lewis R. Clayton<br>Jonathan Hurwitz<br>Aliza Balog<br>PAUL, WEISS, RIFKIND, WHARTON & GARRISON<br>1285 Avenue of the Americas<br>New York, NY 10019-6064 | Steven L. Severson<br>Justin Krypel<br>Debbie Ellingboe<br>FAEGRE & BENSON LLP<br>2200 Wells Fargo Center<br>90 South Seventh Street<br>Minneapolis, MN 55402 |
| David E. Lurie<br>Thomas Lent<br>LURIE & KRUPP, LLP<br>One McKinley Square<br>Boston, MA 02109 | Samuel H. Rudman<br>David A. Rosenfeld<br>Evan J. Kaufman<br>Carolina Torres<br>Mark Reich<br>ROBBINS GELLER RUDMAN & DOWD LLP<br>58 S. Service Road, Ste. 200<br>Melville, NY 11747 |