UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE STATE STREET BANK AND TRUST CO. ERISA LITIGATION<br><br>This document relates to:<br>All actions | MDL No. 08-1945<br>07 Civ. 8488 (RJH) |

## NOTICE OF WITHDRAWAL OF LILA A. PALMER

To the Court, all parties, and to their attorneys of record:

PLEASE TAKE NOTICE that Lila A. Palmer is hereby withdrawn as counsel of record in the above referenced matters.

Dated:  June 14, 2010

          Respectfully submitted,

          /s/ Lila A. Palmer
          Lila A. Palmer
          ROPES & GRAY LLP
          One International Place
          Boston, MA 02110
          lila.palmer@ropesgray.com
          (617) 951-7000

*Attorney for Defendants State Street Bank And Trust Company and State Street Global Advisors, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants on the Notice of Electronic Filing (NEF).  I am not aware of any non-registered participants to whom paper copies must be sent.

          /s/Lila A. Palmer
          Lila A. Palmer

24810601_1.DOC