

CHAMBERS OF
RICHARD J. HOLWELL



**ROPES & GRAY**

ROPES & GRAY LLP
PRUDENTIAL TOWER
800 BOYLSTON STREET
BOSTON, MA 02199-3600
WWW.ROPESGRAY.COM

February 7, 2011



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/18/11

Daniel J. Maher
617-951-7165
617-235-0729 fax
daniel.maher@ropesgray.com

**BY FACSIMILE**

Honorable Richard J. Holwell
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 1950
New York, NY 10007

Re:     *In re State Street Bank and Trust Co. Fixed Income Funds Investment Litigation,* No. 08
        MD 01945, 07 CV 8488 (S.D.N.Y.)

Dear Judge Holwell:

On behalf of State Street Bank and Trust Company ("State Street") and Prudential Retirement
Insurance and Annuity Company ("PRIAC"), we respectfully request that Your Honor enter an
order adjourning the oral argument currently scheduled for March 25, 2011 regarding (i)
PRIAC's motion for partial summary judgment dismissing State Street's counterclaims, (ii) State
Street's motion for summary judgment and cross-motion for summary judgment, and (iii) State
Street's motion to strike portions of the expert rebuttal report of PRIAC's expert Dennis E.
Logue.  As discussed on a February 3, 2011 call with Chambers and counsel for both State Street
and PRIAC, counsel for State Street is unable to attend the hearing as scheduled on March 25,
2011 because of a previously scheduled hearing in the matter of *In re M3 Power Razor System
Marketing & Sales Practices Litigation,* MDL No. 1704, 05 CV 11177 (D. Mass), on the same
date.  PRIAC consents to the adjournment.

After conferring, the parties have determined that among the dates suggested by Your Honor's
clerk, the following dates are mutually available: March 18, 2011; April 1, 2011; April 7, 2011;
and April 8, 2011.

Respectfully submitted,

Daniel J. Maher
On behalf of State Street

cc: Jeremy N. Klatell        Oral Argument shall be held on March 18, 2011
                             at 2:30 p.m.

26063315_1

SO ORDERED

RICHARD J. HOLWELL
UNITED STATES DISTRICT JUDGE
2/14/11