UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
PRUDENTIAL RETIREMENT INSURANCE  :
AND ANNUITY COMPANY,             :
                                 :
      Plaintiff and Third-Party Defendant, :  07 Civ. 8488 (PAC)
                                 :  **ECF Case**
      vs.                        :
                                 :
STATE STREET BANK AND TRUST      :
COMPANY,                         :
                                 :
      Defendant and Third-Party Plaintiff. :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## MOTION FOR PARTIAL SUMMARY JUDGMENT
## DISMISSING COUNTERCLAIMS

      PLEASE TAKE NOTICE that, upon the accompanying (i) memorandum of law, (ii) declarations of George L. Palms, Jr., Robert F. Frascona, Matthew Dingee, Dean M. Molinaro, and Jeremy N. Klatell and the exhibits thereto, (iii) portions of deposition transcripts and documents cited in Plaintiff's memorandum of law, (iv) statement of material facts not genuinely in dispute submitted pursuant to Local Civil Rule 56.1, and upon all prior pleadings and proceedings herein, the undersigned attorneys for plaintiff and third-party defendant Prudential Retirement Insurance and Annuity Company, will hereby move this Court, pursuant to Rule 56 of the Federal Rules of Civil Procedure, for an order granting partial summary judgment dismissing in their entirety

the claims of defendant State Street Bank and Trust Co., and for such other and further relief as the Court may deem just and proper.

Dated:     New York, New York
           May 7, 2011

                              DEBEVOISE & PLIMPTON LLP


                              By: /s/ Edwin G. Schallert
                                  Edwin G. Schallert
                                  Steven Klugman
                                  Jeremy N. Klatell
                                  Kerith Knechtel
                                  Katherine Kern
                              919 Third Avenue
                              New York, New York 10022
                              (212) 909-6000
                              egschall@debevoise.com
                              sklugman@debevoise.com
                              jnklatel@debevoise.com

                              *Attorneys for Plaintiff Prudential Retirement
                              Insurance and Annuity Company*