UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE STATE STREET BANK AND TRUST CO. FIXED INCOME FUNDS INVESTMENT LITIGATION | MDL No. 1945 |
| PRUDENTIAL RETIREMENT INSURANCE AND ANNUITY COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>STATE STREET BANK & TRUST COMPANY,<br><br>Defendant. | No. 07 Civ. 8488 (PAC)<br><br>**ORAL ARGUMENT REQUESTED** |

### DEFENDANT'S MOTION FOR ENTRY OF FINAL JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 54(b) OR FOR CERTIFICATION PURSUANT TO 28 U.S.C. § 1292(b)

Defendant State Street Bank and Trust Company ("State Street") respectfully submits this motion for entry of final judgment pursuant to Federal Rule of Civil Procedure 54(b), or, in the alternative, for certification of a controlling question of law to the Court of Appeals for the Second Circuit pursuant to 28 U.S.C. § 1292(b).  State Street also moves that the Court stay proceedings related to State Street's claims for contribution and defamation while State Street's appeal is pending.  The grounds for this motion are set forth in detail in the accompanying Memorandum in Support of Defendant's Motion for Entry of Final Judgment Pursuant to Federal Rule of Civil Procedure 54(b) or for Certification Pursuant to 28 U.S.C. § 1292(b).

State Street requests oral argument.

| | |
|---|---|
| Dated:  December 13, 2012 | ROPES & GRAY LLP |
| | |
| | <u>/s/ Harvey J. Wolkoff</u><br>Harvey J. Wolkoff<br>Robert A. Skinner<br>Geoffrey M. Atkins<br>Prudential Tower<br>800 Boylston Street<br>Boston, MA  02199-3600<br>Tel: (617) 951-7000<br>Fax: (617) 951-7050<br>harvey.wolkoff@ropesgray.com<br>robert.skinner@ropesgray.com<br>daniel.maher@ropesgray.com |
| | *Attorneys for Defendant State Street Bank and Trust Company* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 13, 2012, I caused a true and correct copy of the foregoing document to be served upon all counsel of record by ECF.

/s/ Allison M. Boscarine
Allison M. Boscarine