```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 1-28-13
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
PRUDENTIAL RETIREMENT INSURANCE    :
AND ANNUITY COMPANY,               :
                                   :
      Plaintiff and Third-Party Defendant, :        07 Civ. 8488 (PAC)
                                   :        ECF Case
      vs.                          :
                                   :        Stip + Order of Dismissal.
STATE STREET BANK AND TRUST        :
COMPANY,                           :
                                   :
      Defendant and Third-Party Plaintiff. :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

      IT IS HEREBY STIPULATED AND AGREED, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), by and between the undersigned counsel for all parties to this action as follows:

    1.    This action shall be dismissed, with prejudice;

    2.    Each party shall bear its own costs, including attorneys' fees; and

    3.    This Stipulation may be filed without further notice with the Clerk of the Court.

Dated: New York, New York
       January 24, 2013

DEBEVOISE & PLIMPTON LLP

By: _____
     Edwin G. Schallert
     egschall@debevoise.com
919 Third Avenue
New York, New York 10022
(212) 909-6000

*Attorneys for Prudential Retirement Insurance and Annuity Company*

ROPES & GRAY LLP

By: _____
     Harvey J. Wolkoff
     harvey.wolkoff@ropesgray.com
Prudential Tower
800 Boylston Street
Boston, MA 02199-3600
(617) 951-7000

*Attorneys for State Street Bank and Trust Company*

DEBEVOISE & PLIMPTON LLP

By: _____
    Edwin G. Schallert
    egschall@debevoise.com
919 Third Avenue
New York, New York 10022
(212) 909-6000

*Attorneys for Prudential Retirement Insurance and Annuity Company*

ROPES & GRAY LLP

By: _____
    Harvey J. Wolkoff
    harvey.wolkoff@ropesgray.com
Prudential Tower
800 Boylston Street
Boston, MA 02199-3600
(617) 951-7000

*Attorneys for State Street Bank and Trust Company*

SO ORDERED:

_____ 1-28-13
    U.S.D.J.

2